GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
WINTHROP COUCHOT
PROFESSIONAL CORPORATION
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JAN 08 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>METROPOLITAN AUTOMOTIVE WAREHOUSE, INC., a California Corporation,<br><br>        Debtor and<br>        Debtor-in Possession. | Case No. 6:16-bk-10096 WJ<br><br>CHAPTER 11<br><br>**ORDER SETTING A HEARING REGARDING THE DEBTOR'S <u>EX PARTE</u> MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**<br><br><u>Hearing</u>:<br>Date:    January 20, 2016<br>Time:    3:00 p.m.<br>Crtm:    304 |

The Court has reviewed the motion of the debtor and debtor-in-possession, Metropolitan Warehouse, Inc. ("Debtor") entitled "Debtor's Ex Parte Motion for Order Authorizing Joint Administration of Related Chapter 11 Cases; Memorandum of Points and Authorities; Declaration in Support Thereof" ("Motion") filed on January 7, 2016 as docket number 6, and hereby ORDERS as follows:

1. A hearing regarding the Motion is set for January 20, 2016 at 3:00 p.m. No later than January 8, 2016, the Debtor shall file and serve notice of the Motion and the hearing regarding the Motion by mail on all creditors and parties in interest.

2. Any opposition may be presented at the hearing.

###

Date: January 8, 2016

Wayne Johnson
United States Bankruptcy Judge