GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
PETER W. LIANIDES – State Bar No. 160517
plianides@winthropcouchot.com
JEANNIE KIM – State Bar No. 270713
jkim@winthropcouchot.com
**WINTHROP COUCHOT PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>METROPOLITAN AUTOMOTIVE WAREHOUSE, INC., a California corporation,<br><br>   Debtor and<br>   Debtor-in-Possession. | Case No. 6:16-bk-10096 WJ<br><br>Chapter 11 Proceeding<br><br>**NOTICE TO CERTAIN CREDITORS AND PARTIES IN INTEREST OF HEARINGS ON DEBTOR'S EMERGENCY MOTIONS FOR ORDERS AUTHORIZING: (1) PAYMENT AND HONORING OF PRE-PETITION PAYROLL OBLIGATIONS; AND (2) USE OF ANY CASH COLLATERAL OF SECURED CLAIMANTS**<br><br>DATE:   January 13, 2016<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 304<br>              3420 Twelfth Street<br>              Riverside, California 92501-3819 |

NOTICE IS HEREBY GIVEN that the Court has set for hearing on January 13, 2016, at 10:00 a.m., on shortened time, at the United States Bankruptcy Court, Courtroom 304, located at 3420 Twelfth Street, Riverside, California, the following motions, which Metropolitan Automotive Warehouse, Inc., a California corporation and the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor") filed with the Court on January 8, 2016:

A.   Debtor's <u>Emergency</u> Motion for Order Authorizing Payment and Honoring of Pre-Petition Payroll Obligations ("Payroll Motion"); and

B.   Debtor's <u>Emergency</u> Authorizing Use of Any Cash Collateral of Secured Claimants ("Cash Collateral Motion," and together with the Payroll Motion, collectively, the "Motions").

True and complete copies of each of the Motions and the Declaration of Ronald Turner in support of the Motions may be obtained immediately by email from the Debtor's proposed general insolvency counsel, Winthrop Couchot Professional Corporation, by contacting Ms. PJ Marksbury, via email at pj@winthropcouchot.com.

Opposition, if any, to the Motions may be made orally at the hearing.

DATED: January 11, 2016    **WINTHROP COUCHOT PROFESSIONAL CORPORATION**

By:    /s/  *Peter W. Lianides*
         Garrick A. Hollander
         Peter W. Lianides
         Jeannie Kim
[Proposed] General Insolvency Counsel to Debtor
and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **NOTICE TO CERTAIN CREDITORS AND PARTIES IN INTEREST OF HEARINGS ON DEBTORS' EMERGENCY MOTIONS FOR ORDERS: (1) AUTHORIZING PAYMENT AND HONORING OF PRE-PETITION PAYROLL OBLIGATIONS; AND (2) AUTHORIZING DEBTORS TO USE CASH COLLATERAL AND PROVIDE ADEQUATE PROTECTION TO BANK OF THE WEST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 11, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Harold L Collins    halc@knfilters.com, hcollinslaw@aol.com
- Everett L Green    everett.l.green@usdoj.gov
- James A Hayes    jhayes@jamesahayesaplc.com
- Garrick A Hollander    ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- Gregory K Jones    GJones@dykema.com, CPerez@dykema.com
- Teddy M Kapur    tkapur@pszjlaw.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 11, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Wayne Johnson
3420 Twelfth St., Suite 384
Riverside, CA 92501-3819

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2016 | Viann Corbin | /s/ | *Viann Corbin* |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

SERVICE VIA FEDERAL EXPRESS OR OVERNIGHT U.S. POSTAL SERVICE
(Except where NEF indicated)

| | | |
|---|---|---|
| Metropolitan Automotive<br>Attn: Ron Turner, President<br>535 Tennis Court Lane<br>San Bernardino, CA 92408 | United States Trustee<br>Everett Green, Esq.<br>3801 University Ave., #720<br>Riverside, CA 92501 | NEF<br>MetroAuto<br>SpecialNotice20Largest, Etc.<br>Document No. 216197 |
| NEF1/7/16<br>Federal Mogul Motorparts<br>c/o James A. Hayes, Jr., Esq.<br>1 Park Plaza, Suite 600<br>Irvine, CA 92614 | William B. Freeman, Esq.<br>Katten Muchin Rosenman LLP<br>Atty for Bank of the West<br>515 S. Flower St., #1000<br>Los Angeles, CA 90071 | Federal Mogol Motorparts<br>c/o Thomas Lauria, Esq.<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| Alameda Co. Tax Collector<br>1221 Oak St.<br>Oakland, CA 93612 | Employment Dev. Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Secd<br>Franchise Tax Board<br>Bankrptcy Section MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Fresno County Tax Collector<br>2281 Tulare St.<br>Fresno, CA 93712 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054 |
| San Bernardino County Tax Collector<br>172 West Third St.<br>San Bernardino, CA 92415 | San Diego County Tax Collector<br>162 County Admin Center<br>1600 Pacific Highway<br>San Diego, CA 92101 | State Board of Equalization<br>Sp. Operations, Bkcy Team, MIC:74<br>PO Box 942879<br>Sacramento, CA 94279-0074 |
| State Board of Equalization<br>Acct. Information Group, MIC:29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | R&B Inc. (Dorman Products, Inc.)<br>PO BOX 8500 S-4565<br>Philadelphia, PA 19178 | Federal Mogul Corp.<br>PO BOX 636438<br>Cincinnati, OH 45263-6438 |
| Standard Motor Products<br>93307 Network Place<br>Chicago, IL 60673-1933 | Motorcar Parts Of America<br>2929 California Street<br>Torrance, CA 90503 | Dayco Products, LLC<br>PO BOX 847331<br>Dallas, TX 75284 |
| Monroe Auto Equip Co.<br>PO BOX 98990<br>Chicago, IL 60693 | Cardone Industries<br>PO BOX 827267<br>Philadelphia, PA 19182 | East Penn Mfg. Co. Inc.<br>102 Deka Road<br>Lyon Station, PA 19536-0147 |

| | | |
|---|---|---|
| Denso Products & Services<br>PO BOX 601009<br>Pasadena, CA 91189 | Four Seasons<br>88207 Expedite Way<br>Chicago, IL 60695-0001 | Advanced Innovative Technology<br>2830 N. Oak Grove Ave.<br>Springfield, MO 65803 |
| Robert Bosch LLC Sales Group<br>PO BOX 95092<br>Chicago, IL 60694-5092 | Airtex Products LP<br>PO BOX 60198<br>Saint Louis, MO 63160 | Spectra Premium Inds.<br>8774 S State Rd 109<br>Knightstown, IN 46148 |
| IAP West Inc.<br>20036 Via Baron<br>Compton, CA 90220 | Centric Parts Industry<br>14528 Bonell St<br>City of Industry, CA 91746-301 | Schaeffler Group USA Inc.<br>15290 Collections CTR Dr<br>Chicago, IL 60693 |
| Wix Filtration Corp<br>1 Wix Way<br>Gastonia, NC 28053 | KYB Americas Corp<br>7868 Solution Center<br>Chicago, IL 60677 | Secd<br>GMB North America<br>100 Herrod Blvd<br>Dayton, NJ 08810 |
| CWD, LLC; dba Centric Parts,<br>Stoptech, Powerslot, WDSource.Com<br>14528 Bonelli St.<br>City of Industry, CA 91746-3022 | Wells Fargo Bank N.A.<br>300 Tri State Intl, #400<br>Lincolnshire, IL 60069-4417 | Motorcar Parts of America, Inc.<br>Attn:  Corporate Officer<br>2929 California Street<br>Torrance, CA 9053 |
| Flex Financing<br>Attn:  Corporate Officer<br>PO Box 15270<br>Irvine, CA 92623 | Bank of the West<br>2527 Camino Ramon<br>San Ramon, CA 94583 | TCF Equipment Finance Inc.<br>Attn:  Corporate Officer<br>11100 Wayzata Blvd., #801<br>Hopkins, MN 55305 |
| Jules and Associates, Inc.<br>Attn:  Corporate Officer<br>515 S. Figueroa St., #1950<br>Los Angeles, CA 90071-3312 | GreatAmerica Leasing Corp.<br>Attn:  Corporate Officer<br>PO Box 609<br>Cedar Rapids, IA 52406 | Bank of the West, Trinity Divison<br>475 Sansome St., #19<br>San Francisco, CA 94111 |
| LITIGATION | LITIGATION | |
| Attorneys for Plaintiffs Jose Nativdad<br>Hernandez and Abel Mejia<br>Jack D. Josephson, Esq.<br>Law Offices of Jack D. Josephson, APC<br>3580 Wilshire Blvd. Suite 1260<br>Los Angeles, CA 90010 | Attorneys for Plaintiffs Jose Nativdad Hernandez<br>and Abel Mejia<br>Yameen Salahuddin, Esq.<br>Rawa Law Group, APC<br>5843 Pine Ave., Suite A<br>Chino Hills, CA 91709 | |