ROBERT A. KLYMAN (SBN 142723)
  rklyman@gibsondunn.com
SAMUEL A. NEWMAN (217042)
  snewman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Interested Party
MOTORCAR PARTS OF AMERICA, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>METROPOLITAN AUTOMOTIVE WAREHOUSE, INC.,<br><br>  Debtor. | CASE NO. 6:16-bk-10096-WJ<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

**PLEASE TAKE NOTICE** that creditor Motorcar Parts of America, Inc. ("MPA"), by and through its undersigned counsel, hereby requests that all notices of all matters pertaining to the above-captioned case be sent to the counsel for MPA at the following address:

> GIBSON, DUNN & CRUTCHER LLP
> Robert A. Klyman, Esq.
> Samuel A. Newman, Esq.
> 333 South Grand Avenue
> Los Angeles, CA 90071
> Telephone: 213.229.7000
> Facsimile: 213.229.7520
> Email: RKlyman@gibsondunn.com
> Email: SNewman@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers pursuant to Rule 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Chapter 11 of Title 11, United States Code, 11 U.S.C. § 101, *et seq.*, but

1  also include all notices given or required to be given, and all papers served or required to be served in
2  the above-captioned case including, but not limited to, all notices, orders and notices or applications,
3  motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written
4  or oral, or transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or
5  otherwise, which affect the above-captioned debtor.

6  **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any
7  former or later appearance, pleading, claim or suit shall waive (1) MPA's right to have final orders in
8  non-core matters entered only after de novo review by a District Court Judge, (2) MPA's right to trial
9  by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this
10 case, (3) MPA's right to have the District Court withdraw the reference in any matter subject to
11 mandatory or discretionary withdrawal, (4) MPA's right to have any claims constitutionally required
12 to be determined by the District be determined therein, (5) MPA's right to have any matter heard by
13 an arbitrator, or (6) any other rights, claims, actions, defenses, including defenses to jurisdiction,
14 setoffs, or recoupments to which MPA may be entitled, in law or in equity, all of which rights,
15 claims, actions, defenses, setoffs, and recoupments MPA expressly reserves.  In addition, this Notice
16 of Appearance does not constitute consent to jurisdiction by MPA with respect to any action, claim,
17 adversary proceeding or contested matter.
18 / / /
19 / / /
20 / / /

Gibson, Dunn &
Crutcher LLP

2

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any former or later appearances, pleading, claim or suits shall constitute an authorization for the undersigned to accept service or process on behalf of MPA, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Federal Rules of the Bankruptcy Procedure.

Dated: January 11, 2016

GIBSON, DUNN & CRUTCHER LLP
ROBERT A. KLYMAN
SAMUEL A. NEWMAN

By: */s/ Samuel A. Newman*
     Samuel A. Newman

Attorneys for Interested Party
MOTORCAR PARTS OF AMERICA, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**333 South Grand Avenue, Los Angeles, CA 90071-3197**

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 12, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- Harold L Collins    halc@knfilters.com, hcollinslaw@aol.com
- Everett L Green    everett.l.green@usdoj.gov
- James A Hayes    jhayes@jamesahayesaplc.com
- Garrick A Hollander    ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- Gregory K Jones    GJones@dykema.com, CPerez@dykema.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On January 12, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

James A Hayes
A Professional Law Corporation
1 Park Plaza, Suite 600
Irvine, CA 92614

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 12, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Wayne Johnson
3420 Twelfth Street, Suite 384
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 12, 2016 | Pamela Santos | /s/Pamela Santos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

102054952.1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**