**FILED & ENTERED**

JAN 15 2016

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>METROPOLITAN AUTOMOTIVE WAREHOUSE, INC., a California corporation,<br><br>                Debtor. | Case No.: 6:16-bk-10096-WJ<br><br>CHAPTER 11<br><br>**SCHEDULING ORDER** |

      The debtor has filed a motion entitled "Debtor's Emergency Motion For Order Authorizing Debtor To Enter Into Supply Agreement Pursuant To 11 U.S.C. § 363(B), And To Obtain Credit Pursuant To 11 U.S.C. § 364(D); Memorandum Of Points And Authorities" [docket #45] ("Supply Motion").

      Good cause appearing, it is hereby ORDERED:

      1.     The initial hearing regarding the Supply Motion shall occur on January 20, 2016 at 3:00 p.m.  Opposition may be made orally at the hearing.  No later than January 15, 2016 at 6:00 p.m., the moving party shall file and serve notice of the motion, the hearing date and the deadline to file opposition.  Notice shall be provided by facsimile, overnight delivery or e-mail (to

1  parties who have consented to service by e-mail) to: (a) the Office of the United States Trustee, (b)
2  all secured creditors, (c) the Internal Revenue Service, (d) the twenty largest unsecured creditors of
3  the debtor (as identified in the lists filed pursuant to Bankruptcy Rule 1007(d)), (e) all parties who
4  have filed a notice of appearance in this case and (f) all parties (and their attorneys) involved in
5  pending litigation involving the debtor.  Among other matters required under local rules, the notice
6  shall (x) advise parties of contact information for obtaining the motion (and all supporting
7  documents) including an e-mail address for counsel for the moving party and (y) advise parties that
8  a complete copy of the motion (and all supporting documents) may be obtained immediately by e-
9  mail.  Counsel for the moving party shall immediately provide by e-mail a copy of the motion (and
10 all supporting documents) to anyone who requests a copy.
11 IT IS SO ORDERED.
12                                                              ###

Date: January 15, 2016

_____
Wayne Johnson
United States Bankruptcy Judge