GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
PETER W. LIANIDES – State Bar No. 160517
plianides@winthropcouchot.com
JEANNIE KIM – State Bar No. 270713
jkim@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>METROPOLITAN AUTOMOTIVE WAREHOUSE, INC., a California Corporation,<br><br>Debtor and<br>Debtor-in Possession. | Case No. 6:16-bk-10096 WJ<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF HEARING ON:  (1) DEBTOR'S EX PARTE MOTION FOR JOINT ADMINISTRATION; AND (2) DEBTOR'S <u>EMERGENCY</u> MOTION FOR ORDER AUTHORIZING USE OF ANY CASH COLLATERAL OF SECURED CLAIMANTS**<br><br>DATE:    January 20, 2016<br>TIME:    3:00 p.m.<br>CTRM:   304<br>              3420 Twelfth Street<br>              Riverside, CA 92501-3819 |

**TO CREDITORS AND PARTIES IN INTEREST:**

   **NOTICE IS HEREBY GIVEN** that, on January 20, 2016 at 3:00 p.m., in Courtroom 304 of the above-entitled Court, a hearing will be held on the *Debtor's Ex Parte Motion For Joint Administration* filed by Metropolitan Automotive Warehouse Inc. ("Debtor-Metro"), for joint administration of its Chapter 11 proceeding with the Chapter 11 proceeding of Debtor-Metro's wholly-owned subsidiary, Star Auto Parts, Inc. ("Debtor-Star," and together with Debtor-Metro, collectively, the "Debtors").

   By the Motion, the Debtors seek an order of the Court granting the following relief:

  1. Authorizing the Debtors to use a single docket for administrative matters, including a listing of claims filed, and the filing, lodging and docketing of pleadings and orders;
  2. Authorizing the Debtors to combine notices to creditors and parties in interest;
  3. Authorizing the Debtors to schedule joint hearings;
  4. Authorizing the Debtors to provide joint financial reporting;
  5. Authorizing joint and several liability of the estates of the Debtors for administrative expenses and the consolidated billing of professional fees; and
  6. Authorizing joint handling of other administrative matters for the Debtors.

  **FURTHER, NOTICE IS HEREBY GIVEN** that the Court has continued to January 20, 2016, at 3:00 p.m., an interim hearing on the *Debtor's <u>Emergency</u> Motion for Order Authorizing Use of Any Cash Collateral of Secured Claimants*.

  **IF YOU DO NOT OPPOSE THE RELIEF REQUESTED BY THE MOTION, YOU NEED TAKE NO FURTHER ACTION. IF, HOWEVER, YOU OPPOSE THE RELIEF REQUESTED BY THE MOTION, OPPOSITION IS DUE AT THE TIME AND PLACE SET FOR HEARING.**

Dated: January 14, 2016    **WINTHROP COUCHOT**
               **PROFESSIONAL CORPORATION**

               By: */s/ Jeannie Kim*
                  Garrick A. Hollander
                  Peter W. Lianides
                  Jeannie Kim
               [Proposed] General Insolvency Counsel for
               Debtor and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING ON: (1) DEBTOR'S EX PARTE MOTION FOR JOINT ADMINISTRATION; AND (2) DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING USE OF ANY CASH COLLATERAL OF SECURED CLAIMANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 20, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On _____, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 20, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Attorney Service [Bin outside of Courtroom 304]
Honorable Wayne Johnson
3420 Twelfth St., Suite 384
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 20, 2016 | Jeannie Kim | /s/ | *Jeannie Kim* |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

216568

NEF SERVICE LIST
- **Craig H Averch**  caverch@whitecase.com
- **Harold L Collins**  halc@knfilters.com, hcollinslaw@aol.com
- **Abram Feuerstein**  abram.s.feuerstein@usdoj.gov
- **Everett L Green**  everett.l.green@usdoj.gov
- **James A Hayes**  jhayes@jamesahayesaplc.com
- **Garrick A Hollander**  ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- **Gregory K Jones**  GJones@dykema.com, CPerez@dykema.com
- **Teddy M Kapur**  tkapur@pszjlaw.com
- **Jeannie Kim**  jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com
- **Mette H Kurth**  mkurth@foxrothschild.com, pchlum@foxrothschild.com
- **Peter W Lianides**  plianides@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- **Jessica Mickelsen Simon**  jessica.mickelsensimon@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- **Alan I Nahmias**  anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- **Samuel A Newman**  snewman@gibsondunn.com
- **Daniel H Reiss**  dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- **Mohammad Tehrani**  Mohammad.V.Tehrani@usdoj.gov
- **Scott C Timpe**  stimpe@mbnlawyers.com, scott.timpe@gmail.com;aacosta@mbnlawyers.com
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov