GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
PETER W. LIANIDES – State Bar No. 160517
plianides@winthropcouchot.com
JEANNIE KIM – State Bar No. 270713
jkim@winthropcouchot.com
**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No. 6:16-bk-10096 WJ |
| | Chapter 11 Proceeding |
| METROPOLITAN AUTOMOTIVE WAREHOUSE, INC., a California corporation, | **SUPPLEMENTAL NOTICE TO CREDITORS AND PARTIES IN INTEREST OF HEARING ON MOTION FOR ENTRY OF ORDER PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE APPROVING THE ENGAGEMENT CONTRACT OF RICHARD M. PACHULSKI AS CHIEF RESTRUCTURING OFFICER OF THE DEBTOR, NUNC PRO TUNC TO THE PETITION DATE** |
| Debtor and Debtor-in-Possession. | |
| | DATE: January 26, 2016 |
| | TIME: 2:00 p.m. |
| | PLACE: Courtroom 304<br>3420 Twelfth Street<br>Riverside, California 92501-3819 |

    **NOTICE IS HEREBY GIVEN** that Metropolitan Automotive Warehouse, Inc., a California corporation and the debtor and debtor-in-possession in the above-captioned chapter 11 case ("Debtor-Metro"), and Star Auto Parts, Inc., a California corporation and a debtor and debtor-in-possession ("Debtor-Star," and together with Debtor-Metro, collectively, the "Debtors"), each has filed with the Court in their respective cases the *Supplement to Motion for Entry of Order Pursuant To Section 363 of the Bankruptcy Code Approving the Engagement Contract of Richard M. Pachulski as Chief Restructuring Officer of the Debtor, Nunc Pro Tunc to the Petition Date* ("Supplement"). By the Supplement, the Debtors advise that the

216492

Engagement Contract, by and between the Debtors and Richard M. Pachulski, the proposed Chief Restructuring Officer of the Debtors, has been revised, primarily, to reflect a termination provision.

      The Debtors project that the number of hours Mr. Pachulski will devote to the Debtors' cases is between 10-20 hours per week.  The Debtors further anticipate that Mr. Pachulski will devote more hours to the Debtors' cases at the outset; and during some periods, Mr. Pachulski may devote fewer hours to the Debtors' cases.

      True and complete copies of each of the Supplement, the CRO Motion, and the Declarations of Ronald Turner in support of the Supplement and the CRO Motion may be obtained immediately by email from the Debtors' proposed general insolvency counsel, Winthrop Couchot Professional Corporation, by contacting Ms. PJ Marksbury, via email at pj@winthropcouchot.com.

**IF YOU DO NOT OPPOSE THE RELIEF REQUESTED BY THE MOTIONS, YOU NEED NOT TAKE ANY FURTHER ACTION.  HOWEVER, IF YOU OBJECT TO THE RELIEF REQUESTED BY THE MOTIONS, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 AND THE SCHEDULING ORDER ENTERED BY THE COURT ON JANUARY 11, 2016 [DOCKET NO. 26], ANY OPPOSITION TO THE SUPPLEMENT OR THE CRO MOTION MUST BE FILED WITH THE COURT NOT LATER THAN 12:00 P.M. ON JANUARY 25, 2016.  YOU MUST FILE YOUR OPPOSITION WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 3420 TWELFTH STREET, RIVERSIDE, CALIFORNIA 92501-3819.  YOU MUST SERVE A COPY OF YOUR OPPOSITION TO THE MOTIONS UPON THE PROPOSED COUNSEL TO THE DEBTORS AT THE MAILING ADDRESS INDICATED IN THE UPPER LEFT CORNER OF THIS NOTICE, AND UPON THE UNITED STATES TRUSTEE, AT 3801 UNIVERSITY AVE, SUITE 720, RIVERSIDE, CA 92501.**

DATED:  January 14, 2016            **WINTHROP COUCHOT**
                                            **PROFESSIONAL CORPORATION**

                                            By:  */s/ Jeannie Kim*
                                                 Garrick A. Hollander
                                                 Peter W. Lianides
                                                 Jeannie Kim
                                            [Proposed] General Insolvency Counsel to Debtor
                                            and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **SUPPLEMENTAL NOTICE TO CREDITORS AND PARTIES IN INTEREST OF HEARING ON MOTION FOR ENTRY OF ORDER PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE APPROVING THE ENGAGEMENT CONTRACT OF RICHARD M. PACHULSKI AS CHIEF RESTRUCTURING OFFICER OF THE DEBTOR, NUNC PRO TUNC TO THE PETITION DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 20, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Craig H Averch**    caverch@whitecase.com
- **Harold L Collins**    halc@knfilters.com, hcollinslaw@aol.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Everett L Green**    everett.l.green@usdoj.gov
- **James A Hayes**    jhayes@jamesahayesaplc.com
- **Garrick A Hollander**    ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- **Gregory K Jones**    GJones@dykema.com, CPerez@dykema.com
- **Teddy M Kapur**    tkapur@pszjlaw.com
- **Jeannie Kim**    jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com
- **Mette H Kurth**    mkurth@foxrothschild.com, pchlum@foxrothschild.com
- **Peter W Lianides**    plianides@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- **Jessica Mickelsen Simon**    jessica.mickelsensimon@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- **Samuel A Newman**    snewman@gibsondunn.com
- **Daniel H Reiss**    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- **Mohammad Tehrani**    Mohammad.V.Tehrani@usdoj.gov
- **Scott C Timpe**    stimpe@mbnlawyers.com, scott.timpe@gmail.com;aacosta@mbnlawyers.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 20, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Wayne Johnson
3420 Twelfth St., Suite 384
Riverside, CA 92501-3819

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 20, 2016 | Jeannie Kim | /s/ | *Jeannie Kim* |
|---|---|---|---|
| Date | Printed Name | | Signature |