GARRICK A. HOLLANDER -- State Bar No. 166316
ghollander@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>METROPOLITAN AUTOMOTIVE WAREHOUSE, INC., a California corporation,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 6:16-bk-10096 WJ<br><br>Chapter 11 Proceeding<br><br>**SUPPLEMENT TO DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF ANY CASH COLLATERAL OF SECURED CLAIMANTS; DECLARATION OF RONALD TURNER IN SUPPORT THEREOF**<br><br>DATE:    January 20, 2016<br>TIME:    3:00 p.m.<br>PLACE:   Courtroom 304<br>         3420 Twelfth Street<br>         Riverside, California 92501 |

216246

**TO THE HONORABLE WAYNE E. JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES-IN-INTEREST:**

Metropolitan Automotive Warehouse, Inc., a California corporation and the debtor and debtor-in-possession in the above Chapter 11 proceeding (the "Debtor"), hereby supplements its Motion for Order Authorizing Use of Any Cash Collateral of Secured Claimants with a 1 week cash flow budget through the week ending January 29, 2016.

DATED:  January 19, 2016      **WINTHROP COUCHOT PROFESSIONAL CORPORATION**

By:    /s/ *Garrick A. Hollander*
      Garrick A. Hollander
[Proposed] General Insolvency Counsel for Debtor and Debtor-in-Possession

## DECLARATION OF RONALD TURNER

I, Ronald Turner, declare and state as follows:

1. I am the President of Metropolitan Automotive Warehouse, Inc., a California corporation, and Star Auto Parts, Inc., a California Corporation, debtors and debtors-in-possession (collectively, the "Debtors").

2. I am authorized to make this declaration on behalf of the Debtors in support of the Debtors' motion for use of cash collateral.

3. The facts stated herein are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

4. I am employed as the Debtors' President. In my role as President, I have been responsible for overseeing all aspects of the business and financial performance of the Debtors. Consequently, I am involved in supervising all aspects of the Debtors' business affairs. As President of the Debtor, I am very familiar with the Debtors' financial books and records, and have reviewed its financial reporting. I also am familiar with the Debtors' business operations.

5. I have supervised the preparation of and reviewed the 1 week cash flow budget attached hereto as Exhibit "1" and incorporated herein by this reference.

6. The receipts and disbursements reflected in the budget are based on historical trends. I believe the projections are reasonable and accurately reflect the projected financial performance of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of January 2016.

_____
Ronald Turner

# **Exhibit "1"**

Metro  *DRAFT*
*Weekly Cash Flow Forecast*

|  | Forecast 3 |
|---|---|
| week ending Saturday | Week of 1/30/16 |
| **CASH FLOW** | |
| **Receipts:** | |
| Cash collections | 2,000,000 |
| Cash value life insurance proceeds | - |
| **Total Receipts** | **2,000,000** |
| | |
| **Disbursements:** | |
| Total trade vendor payments | 400,000 |
| | |
| Non-Trade Disbursements | |
| Payroll - (*includes PR Tax*) | |
| Hourly | - |
| Salary - Non-sales | - |
| Salary - Sales (Commission) | - |
| P/R Taxes | - |
| PTO / Severance | - |
| Retention Bonus pool | - |
| Temp Labor / Staffing | 10,000 |
| 401(k) | 13,500 |
| Benefits | - |
| Payroll fees | - |
| Workers comp | - |
| Rent | - |
| Insurance - auto | - |
| Insurance - other | 4,000 |
| Freight | 59,000 |
| Shipping supplies | 20,000 |
| Fuel | 45,000 |
| Fleet rental | - |
| Equipment leasing | - |
| Utilities | 12,000 |
| Telecommunications | 7,000 |
| IT / Software | 25,000 |
| Credit card processing | - |
| Sales tax | 70,000 |
| Accounting | 15,000 |
| Credit cards | 67,000 |
| T&E - misc. | 7,000 |
| Other G&A | 45,000 |
| Customer rebates | 15,000 |
| Loan payments | - |
| Bank fees | - |
| Interest expense *(incl. line fees)* | - |
| Deposits - *Utilities / Telecom* | 97,500 |
| Deposits - *Freight* | 75,000 |
| Deposits - *Other* | 100,000 |
| Committee professional fees | - |
| Secured Lender professional fees | - |
| Debtor professional fees | - |
| US Trustee Fees | - |
| Total non-trade | 687,000 |
| **Total Disbursements** | **1,087,000** |
| **NET CASH FLOW** | **$913,000** |

Exhibit 1, Page 4

|  | Forecast 3 |
|---|---|
| *week ending Saturday* | *Week of 1/30/16* |
| **LIQUIDITY** | |
| Beginning Cash - Book | 771,601 |
| Net cash flow | 913,000 |
| Loan paydown | (750,000) |
| other / adj | - |
| **Ending Cash - Book** | **934,601** |
| Line Availability | (362,939) |
| **Ending Net Liquidity** | **571,661** |
| **LOAN BALANCE** | |
| Beginning Loan Balance | 18,284,583 |
| Loan paydown | (750,000) |
| Ending Loan Balance | 17,534,583 |
|  | *forecast* |
| Ending Borrowing Base Availability | 17,171,644 |
| **Ending Line Availability** | **(362,939)** |

**Metro** *DRAFT*
*Weekly Cash Flow Forecast*

|  | Forecast 3 Week of 1/30/16 |
|---|---|
| *week ending Saturday* |  |

### BORROWING BASE

| | |
|---|---:|
| Total Sales - Existing Inventory | 1,950,000 |
| Gross Profit | 380,250 |
| *GP %* | *19.5%* |
| | |
| Estimated A/R Sales | 1,872,000 |
| Estimated Cash Sales | 78,000 |
| | |
| **Inventory** | |
| Beginning Balance | 27,139,055 |
| add: Purchases received | 400,000 |
| less: COGS *(est.)* | (1,569,750) |
| less: Other / Adj. | - |
| **Ending Inventory** | **25,969,305** |
| less: Unacceptable Inventory | (1,041,193) |
| Eligible Inventory | 24,928,112 |
| Advance Rate | 50% |
| **Total Inventory Availability** | **12,464,056** |
| *% of Gross* | *48.0%* |
| | |
| **Accounts Receivable** | |
| Beginning Balance | 9,935,719 |
| add: A/R Sales *(est.)* | 1,872,000 |
| less: A/R Collections *(est.)* | (1,922,000) |
| less: Other / Adj. | - |
| **Ending A/R** | **9,885,719** |
| less: Ineligible A/R | (3,593,084) |
| Total Eligible A/R | 6,292,635 |
| Advance Rate | 65% |
| **Total A/R Availability** | **4,090,213** |
| *% of Gross* | *41.4%* |
| | |
| Total Borrowing Base - *wk ending cacl.* | 16,554,269 |
| **Ending Implied BB - Capped** | **16,554,269** |
| **Borrowing Base in Effect -** *1wk Lag* | **17,171,644** |
| *Sumbitted Wed on Mon ending bal.* | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **SUPPLEMENT TO DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF ANY CASH COLLATERAL OF SECURED CLAIMANTS; DECLARATION OF RONALD TURNER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 20, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 20, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA ATTORNEY SERVICE
Honorable Wayne Johnson
3420 Twelfth St., Suite 384
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 20, 2016 | Melody Conour | /s/ _Melody Conour_ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

-4-

216246

NEF SERVICE LIST
- Craig H Averch   caverch@whitecase.com
- Abram Feuerstein   abram.s.feuerstein@usdoj.gov - U.S. TRUSTEE
- Everett L Green   everett.l.green@usdoj.gov
- James A Hayes   jhayes@jamesahayesaplc.com
- Garrick A Hollander   ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- Teddy M Kapur   tkapur@pszjlaw.com
- Jeannie Kim   jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com
- Peter W Lianides   plianides@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Jessica Mickelsen Simon   jessica.mickelsensimon@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Alan I Nahmias   anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Mohammad Tehrani   Mohammad.V.Tehrani@usdoj.gov
- Scott C Timpe   stimpe@mbnlawyers.com, scott.timpe@gmail.com;aacosta@mbnlawyers.com
- United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov

-5-

216246