GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
PETER W. LIANIDES – State Bar No. 160517
plianides@winthropcouchot.com
JEANNIE KIM – State Bar No. 270713
jkim@winthropcouchot.com
**WINTHROP COUCHOT PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>METROPOLITAN AUTOMOTIVE WAREHOUSE, INC., a California corporation,<br><br>                    Debtor and<br>                    Debtor-in-Possession. | Case No. 6:16-bk-10096 WJ<br><br>Chapter 11 Proceeding<br><br>**NOTICE TO CREDITORS AND PARTIES IN INTEREST OF FILING OF DEBTOR'S MOTION FOR ORDER LIMITING NOTICE IN THE DEBTOR'S CASE**<br><br>[No Hearing Requested] |

      **NOTICE IS HEREBY GIVEN** that Metropolitan Automotive Warehouse, Inc., the debtor and debtor-in-possession ("Debtor-Metro") together with Star Auto Parts, Inc., the debtor and debtor-in-possession in the Chapter 11 proceeding styled *In re Star Auto Parts, Inc.* (Case no. 6:16-bk-10105 WJ) ("Debtor-Star," and, together with Debtor-Metro, collectively, the "Debtors")[1], has filed its *Motion for Order Limiting Notice in the Debtor's Case* (the "Motion"). The Motion is made and based upon the memorandum of points and authorities appended thereto, the declaration of Ronald Turner annexed to the Motion, and upon any additional evidence, both oral and documentary, that may be presented to the Court at or before the time of the hearing on the Motion, if any should be held. By the Motion, the Debtor seeks an order of the Court granting the following relief:

      1.      Authorizing the Debtors, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, serve notices in the Debtors' cases upon only the following entities:

           a.      The Office of the United States Trustee (the "U.S. Trustee");

           b.      The unsecured creditors holding the twenty (20) largest claims, or, if a committee of unsecured creditors is formed (the "Committee"), to the Committee or to any counsel employed by the Committee;

           c.      Creditors asserting secured claims against the Debtors' estates or their counsel; and

           d.      All parties who file and serve requests for special notice in these cases.

      2.      Authorizing the Debtor to serve all creditors with notice of certain proceedings in these cases that affect the interests of all creditors and equity holders, as described in greater detail in the Motion; and

      3.      Granting to the Debtor such other and further relief as the Court deems just and appropriate.

      In support of the Motion, the Debtor represents as follows:

**The Need for an Order Limiting Notice in this Case.**

      Together, the Debtors have an aggregate of more than **2,100** creditors. Requiring the Debtors to serve all of the creditors of their estates with notice of all proceedings in these cases and to respond to the related inquiries arising therefrom would be administratively burdensome and unduly expensive. The sooner that notice requirements are lessened, the faster

---

[1] On January 7, 2016, the Debtors each filed in their respective cases the *Debtor's Ex Parte Motion for Order Authorizing Joint Administration of Related Chapter 11 Cases* [*In re Metropolitan Automotive Warehouse, Inc.*, Case no. 6:16-bk-10096 WJ, Docket no. 6; *In re Star Auto Parts, Inc.*, Case no. 6:16-bk-10105 WJ, Docket no. 4] (collectively, the "Joint Administration Motions"). The Joint Administration Motions currently are set for hearing on January 20, 2016, at 3:00 p.m.

the estates can reduce expenses.  Granting the relief requested by the Motion would substantially reduce the Debtors' postage and reproduction costs, as well as attorney's fees, thereby facilitating significantly the economical and efficient administration of the Debtors' cases.  Accordingly, the Debtors are requesting that they be allowed to serve notices upon the entities listed hereinabove.

**Brief Description of the Debtors' Business Operations.**

Debtor-Metro is a family-owned Southern California-based business, distributing automotive aftermarket parts for the last 60 years, with operations in southern and central California.  Debtor-Metro distributes aftermarket automotive parts to retail stores and also sells to, and fulfills orders for, various e-commerce customers.  Debtor-Star is a wholly-owned subsidiary of the Debtor-Metro and also is a Southern California-based retailer of aftermarket automotive parts.  Debtor-Star sells aftermarket automotive parts directly to repair facilities also known as the "Do-it-for-Me" channel, end users, also known as the "Do-it-Yourself" channel, and businesses that own and operate vehicle fleets.  Collectively, the Debtors employ approximately 1,000 employees.

**The Debtors' Proposed Limited Notice Procedures.**

The Debtors believe that limiting notice to the U.S. Trustee, the unsecured creditors holding the twenty (20) largest claims, or, if a Committee is formed, to the Committee or to any counsel employed by the Committee, creditors asserting secured claims against the Debtors' estates and their counsel, and to all parties who request special notice in the Debtors' Chapter 11 cases would provide adequate and proper notice to affected creditors and to other interested parties.  Additionally, the Debtors will provide notice to any party whose interest is impacted directly by a particular action or proceeding that the Debtors files.

Notwithstanding the Debtors' proposed procedures for limiting notice in the Debtors' cases, the Debtors will provide to all creditors notice of the following matters:

1. The time fixed for filing objections to, and the hearing to consider approval of, a disclosure statement;
2. The time fixed for filing objections to, and the hearing to consider confirmation of, a plan;
3. Any time fixed for filing objections to, and any hearing to consider, a proposed sale of all or substantially all assets of the estates;
4. Notices with respect to claims bar dates; and
5. Any time fixed for filing objections to, and any hearing on, a dismissal of the case.

The Debtors believe that adoption of this proposed notice procedure, after notice and the opportunity for a hearing, is necessary and appropriate.  Such notice procedure will relieve the Debtors of the significant administrative burdens that would be associated with periodic "mass mailings," and would reduce substantially the Debtors' postage and reproduction costs, as well as the time spent by attorneys and/or paralegals, thereby facilitating significantly the economical and efficient administration of the Debtors' cases. Any entity whose interest is directly affected by any action or proceeding filed by the Debtors will receive proper notice thereof.  Moreover, any entity that is sufficiently interested in the proceedings in the Debtors' cases may, by written request for special notice, receive all notices of such proceedings.

**IF YOU DO NOT OPPOSE THE RELIEF REQUESTED BY THE MOTION, YOU NEED NOT TAKE ANY FURTHER ACTION.  HOWEVER, IF YOU OBJECT TO THE RELIEF REQUESTED BY THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1, OBJECTIONS MUST BE FILED WITH THE COURT WITHIN FOURTEEN (14) DAYS OF THE DATE OF SERVICE OF THIS NOTICE, PLUS THREE ADDITIONAL DAYS AS SERVICE IS BEING MADE ELECTRONICALLY OR BY MAIL.  YOU MUST FILE YOUR OBJECTION AND REQUEST FOR A HEARING WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 3420 TWELFTH STREET, RIVERSIDE, CALIFORNIA 92501.  YOU MUST SERVE A COPY OF YOUR OBJECTION TO THE MOTION, AND REQUEST FOR A HEARING, UPON THE GENERAL INSOLVENCY COUNSEL TO THE DEBTOR AT THE MAILING ADDRESS INDICATED IN THE UPPER LEFT CORNER OF THIS NOTICE, AND UPON THE UNITED STATES TRUSTEE, AT 3801 UNIVERSITY AVE, SUITE 720, RIVERSIDE, CALIFORNIA 92501. UPON RECEIPT OF ANY WRITTEN OBJECTION AND REQUEST FOR A HEARING, THE DEBTOR'S PROPOSED COUNSEL WILL OBTAIN A HEARING DATE ON THE MOTION AND GIVE APPROPRIATE NOTICE THEREOF.  ANY FAILURE TO TIMELY FILE AND SERVE AN OBJECTION TO THE MOTION MAY RESULT IN ANY SUCH OBJECTION BEING WAIVED.**

DATED:  January 20, 2016                                **WINTHROP COUCHOT PROFESSIONAL CORPORATION**

By:     */s/ Jeannie Kim*
        Garrick A. Hollander
        Peter W. Lianides
        Jeannie Kim
General Insolvency Counsel for Debtor and Debtor-in-Possession

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **NOTICE TO CREDITORS AND PARTIES IN INTEREST OF FILING OF DEBTOR'S MOTION FOR ORDER LIMITING NOTICE IN THE DEBTOR'S CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 20, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On January 20, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Wayne Johnson
3420 Twelfth St., Suite 384
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 20, 2016 | Melody Conour | /s/ Melody Conour |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

METRO NEF
- Craig H Averch    caverch@whitecase.com
- Terence G Banich    tbanich@shawfishman.com, proberts@shawfishman.com
- Harold L Collins    halc@knfilters.com, hcollinslaw@aol.com
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Everett L Green    everett.l.green@usdoj.gov
- James A Hayes    jhayes@jamesahayesaplc.com
- Garrick A Hollander    ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- Gregory K Jones    GJones@dykema.com, CPerez@dykema.com
- Teddy M Kapur    tkapur@pszjlaw.com
- Jeannie Kim    jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com
- Mette H Kurth    mkurth@foxrothschild.com, pchlum@foxrothschild.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Jessica Mickelsen Simon    jessica.mickelsensimon@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Samuel A Newman    snewman@gibsondunn.com
- Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- Mohammad Tehrani    Mohammad.V.Tehrani@usdoj.gov
- Scott C Timpe    stimpe@mbnlawyers.com, scott.timpe@gmail.com;aacosta@mbnlawyers.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov