**FILED & ENTERED**

JAN 20 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ygreen     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>METROPOLITAN AUTOMOTIVE WAREHOUSE, INC., a California corporation,<br><br>                      Debtor. | Case No.: 6:16-bk-10096-WJ<br><br>CHAPTER 11<br><br>**SCHEDULING ORDER** |

      On January 20, 2016 at 3:00 p.m., the Court held various hearings in this case. For the reasons stated on the record, the Court hereby ORDERS as follows:

      1.    The hearing regarding the motion of the debtor and debtor-in-possession, Metropolitan Automotive Warehouse, Inc. ("Debtor") entitled "Debtor's Ex Parte Motion for Order Authorizing Joint Administration of Related Chapter 11 Cases; Memorandum of Points and Authorities; Declaration in Support Thereof" [docket #6] filed on January 7, 2016 is hereby continued to February 9, 2016 at 2:30 p.m.

1    2.    A hearing is also set for February 9, 2016 at 2:30 p.m. regarding the motion of the
2    Debtor entitled "Motion For Order Limiting Notice In The Debtor's Case; Memorandum Of Points
3    And Authorities; Declaration Of Ronald Turner In Support Hereof" [docket #70] filed on
4    January 20, 2016.
5    3.    Any opposition to either motion must be filed and served no later than February 2,
6    2016.
7    4.    No later than January 22, 2016 at 5:00 p.m., the moving party shall file and serve
8    one notice of both motions, the hearing date and the deadline to file opposition.  Notice shall be
9    provided to all creditors and parties in interest by mail.  Among other matters required under local
10   rules, the notice shall (a) include at least one or two paragraphs describing each motion, (b) shall
11   advise parties of contact information for obtaining complete copies of the motions (and all
12   supporting documents) including an e-mail address for counsel for the moving party and (c) advise
13   parties that complete copies of the motions (and all supporting documents) may be obtained
14   immediately by e-mail.
15   5.    For the reasons stated on the record today, the motion of the Debtor entitled
16   "Debtor's Emergency Motion For Order Authorizing Debtor To Enter Into Supply Agreement
17   Pursuant To 11 U.S.C. § 363(B), And To Obtain Credit Pursuant To 11 U.S.C. § 364(D);
18   Memorandum Of Points And Authorities" [docket #45] filed on January 15, 2016 is deemed
19   withdrawn.
20   6.    The moving party may file a similar financing motion and have it heard on
21   shortened notice.  If the motion is filed not later than January 22, 2016 at noon, then the initial
22   hearing regarding the motion shall occur on January 26, 2016 at 2:00 p.m.  In such circumstances,
23   the moving party shall, no later than January 22, 2016 at 5:00 p.m., file and serve notice of the
24   motion, the hearing date and the deadline to file opposition.  Notice shall be provided by facsimile,
25   overnight delivery or e-mail (to parties who have consented to service by e-mail) to: (a) the Office
26   of the United States Trustee, (b) all secured creditors, (c) the Internal Revenue Service, (d) the
27   twenty largest unsecured creditors of the Debtor (as identified in the lists filed pursuant to
28   Bankruptcy Rule 1007(d)), (e) all parties who have filed a notice of appearance in this case and

(f) all parties (and their attorneys) involved in pending litigation involving the Debtor. Among other matters required under local rules, the notice shall (x) advise parties of contact information for obtaining the motion (and all supporting documents) including an e-mail address for counsel for the moving party and (y) advise parties that a complete copy of the motion (and all supporting documents) may be obtained immediately by e-mail. Counsel for the moving party shall immediately provide by e-mail a copy of the motion (and all supporting documents) to anyone who requests a copy.

7. The hearing regarding the Debtor's cash collateral motion [docket #14] is continued to January 26, 2016 at 2:00 p.m. Any supplemental brief and evidence by the moving party shall be filed and served by January 22, 2016. Any opposition to the motion may be presented at the hearing, however, the Court prefers that any opposition be filed at least four hours prior to the hearing.

IT IS SO ORDERED.

###

Date: January 20, 2016

_____
Wayne Johnson
United States Bankruptcy Judge