Craig H. Averch (SBN: 171366)
Roberto J. Kampfner (SBN: 179026)
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
caverch@whitecase.com
rkampfner@whitecase.com

Thomas E Lauria, (pro hac pending)
Joseph Pack (pro hac pending)
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com

*Attorneys for*
IEH Auto Parts LLC d/b/a/ Auto Plus

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>METROPOLITAN AUTOMOTIVE, WAREHOUSE, INC., a California Corporation, and STAR AUTO PARTS, INC., a California Corporation,<br><br>each a Debtor and Debtor-in-Possession. | Case Nos. 6:16-bk-10096-WJ and 6:16-bk-10105-WJ<br><br>Chapter 11 Proceeding<br><br>DECLARATION OF ARTHUR WENDA IN SUPPORT OF DEBTOR'S <u>EMERGENCY</u> MOTION FOR ORDER PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE AND RULE 4001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (A) AUTHORIZING THE DEBTORS TO OBTAIN SECURED SUPERPRIORTY POSTPETITION FINANCING AND (B) SCHEDULING FINAL HEARING |

I, Arthur Wenda, make this declaration pursuant to 28 U.S.C. § 1746 and state:

1. I am employed as the Treasury and Risk Manager of IEH Auto Parts LLC, a limited liability company organized under the laws of Delaware, which does business as, and operates under the name of, Auto Plus ("Auto Plus"). I have held my current position at Auto Plus at all times relevant to this Declaration. I have personal knowledge of the facts contained herein, or such facts are based on documentation that I have in my possession or that has otherwise been supplied to me by others. If I have been informed by others, the information is true to the best of my knowledge and belief. If called as a witness, I could and would competently testify to the facts contained herein.

2. Auto Plus is a leading North American distributor of replacement parts, equipment, tools, accessories, paint and related products in the automotive aftermarket. The Auto Plus network is composed of twenty-four (24) warehouses and over 2,300 stores (including approximately 239 parts stores operated by Auto Plus) spanning the United States and supplying tens of thousands of installers.

3. In addition to the foregoing, Auto Plus is a wholly-owned subsidiary of IEH Auto Parts Holding LLC, a limited liability company organized under the laws of Delaware, which, in turn, is a wholly-owned subsidiary of Icahn Enterprises Holdings L.P. I understand that Icahn Enterprises Holdings L.P. also indirectly holds a majority position in Federal-Mogul Motorparts. I further understand that Federal-Mogul Motorparts is a significant creditor of the Debtors.

4. Auto Plus currently intends to participate in the anticipated 363 sales process to be conducted in these cases.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2016

By: /s/ Arthur Wenda
Arthur Wenda
Treasury and Risk Manager
IEH Auto Parts, LLC d/b/a Auto Plus

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

555 South Flower St., Suite 2700, Los Angeles, Ca 90071

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Arthur Wenda in Support of Debtor's Emergency Motion for Order Pursuant to Section 364 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to Obtain Secured Superpriority Postpetition Financing and (B) Scheduling Final Hearing
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 22, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

                                                                        X    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 22, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

                                                                        X    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 22, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

VIA OVERNIGHT MAIL
Honorable Wayne Johnson
3420 Twelfth St., Suite 384
Riverside, CA 92501-3819

                                                                        ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 22, 2016 | Aaron Colodny | /s/ Aaron Colodny |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

- Craig H Averch caverch@whitecase.com
- Terence G Banich tbanich@shawfishman.com, proberts@shawfishman.com
- Harold L Collins halc@knfilters.com, hcollinslaw@aol.com
- Christina M Craige ccraige@sidley.com
- Abram Feuerstein abram.s.feuerstein@usdoj.gov
- Everett L Green everett.l.green@usdoj.gov
- James A Hayes jhayes@jamesahayesaplc.com
- Garrick A Hollander ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- Gregory K Jones GJones@dykema.com, CPerez@dykema.com
- Teddy M Kapur tkapur@pszjlaw.com
- Jeannie Kim jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com
- Mette H Kurth mkurth@foxrothschild.com, pchlum@foxrothschild.com
- Peter W Lianides plianides@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Jessica Mickelsen Simon jessica.mickelsensimon@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Alan I Nahmias anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Samuel A Newman snewman@gibsondunn.com
- Daniel H Reiss dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- Victor A Sahn vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com
- Mohammad Tehrani Mohammad.V.Tehrani@usdoj.gov
- Scott C Timpe stimpe@mbnlawyers.com, scott.timpe@gmail.com;aacosta@mbnlawyers.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

## VIA FIRST CLASS U.S. MAIL

Metropolitan Automotive
Attn: Ron Turner, President
535 Tennis Court Lane
San Bernardino, CA 92408

James Spencer
c/o James A. Hayes, Jr., Esq.
1 Park Plaza, Suite 600
Irvine, CA 92614

Alameda Co. Tax Collector
1221 Oak St.
Oakland, CA 93612

Fresno County Tax Collector
2281 Tulare St.
Fresno, CA 93712

San Bernardino County Tax Collector
172 West Third St.
San Bernardino, CA 92415

State Board of Equalization
Acct. Information Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

United States Trustee NEF
Everett Green, Esq.
3801 University Ave., #720
Riverside, CA 92501

William B. Freeman, Esq.
Katten Muchin Rosenman LLP
Atty for Bank of the West
515 S. Flower St., #1000
Los Angeles, CA 90071

Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

San Diego County Tax Collector
162 County Admin Center
1600 Pacific Highway
San Diego, CA 92101

R&B Inc. (Dorman Products, Inc.)
PO BOX 8500 S-4565
Philadelphia, PA 19178

MetroAuto
SpecialNotice20Largest, Etc.
Document No. 216197

Federal Mogol Motorparts
c/o Thomas Lauria, Esq.
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

Franchise Tax Board
Bankrptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054

State Board of Equalization
Sp. Operations, Bkcy Team, MIC:74
PO Box 942879
Sacramento, CA 94279-0074

Federal Mogul Corp.
PO BOX 636438
Cincinnati, OH 45263-6438

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Standard Motor Products
93307 Network Place
Chicago, IL 60673-1933

Motorcar Parts Of America
2929 California Street
Torrance, CA 90503

Dayco Products, LLC
PO BOX 847331
Dallas, TX 75284

Monroe Auto Equip Co.
PO BOX 98990
Chicago, IL 60693

Cardone Industries
PO BOX 827267
Philadelphia, PA 19182

East Penn Mfg. Co. Inc.
102 Deka Road
Lyon Station, PA 19536-0147

Denso Products & Services
PO BOX 601009
Pasadena, CA 91189

Four Seasons
88207 Expedite Way
Chicago, IL 60695-0001

Advanced Innovative Technology
2830 N. Oak Grove Ave.
Springfield, MO 65803

Robert Bosch LLC Sales Group
PO BOX 95092
Chicago, IL 60694-5092

Airtex Products LP
PO BOX 60198
Saint Louis, MO 63160

Spectra Premium Inds.
8774 S State Rd 109
Knightstown, IN 46148

IAP West Inc.
20036 Via Baron
Compton, CA 90220

Centric Parts Industry
14528 Bonell St
City of Industry, CA 91746-301

Schaeffler Group USA Inc.
15290 Collections CTR Dr
Chicago, IL 60693

Wix Filtration Corp
1 Wix Way
Gastonia, NC 28053

KYB Americas Corp
7868 Solution Center
Chicago, IL 60677

GMB North America
100 Herrod Blvd
Dayton, NJ 08810

Terence G. Banich/Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654

Jody A Bedenbaugh
1320 Main St 17th Fl
POB 11070
Columbia, SC 29201

CWD, LLC; dba Centric Parts,
Stoptech, Powerslot, WDSource.Com
14528 Bonelli St.
City of Industry, CA 91746-3022

Wells Fargo Bank N.A.
300 Tri State Intl, #400
Lincolnshire, IL 60069-4417

Motorcar Parts of America, Inc.
Attn: Corporate Officer
2929 California Street
Torrance, CA 9053

Flex Financing
Attn: Corporate Officer
PO Box 15270
Irvine, CA 92623

Bank of the West
2527 Camino Ramon
San Ramon, CA 94583

TCF Equipment Finance Inc.
Attn: Corporate Officer
11100 Wayzata Blvd., #801
Hopkins, MN 55305

Jules and Associates, Inc.
Attn: Corporate Officer
515 S. Figueroa St., #1950
Los Angeles, CA 90071-3312

GreatAmerica Leasing Corp.
Attn: Corporate Officer
PO Box 609
Cedar Rapids, IA 52406

Bank of the West, Trinity Divison
475 Sansome St., #19
San Francisco, CA 94111

Attorneys for Plaintiffs Jose Nativdad
Hernandez and Abel Mejia
Jack D. Josephson, Esq.
Law Offices of Jack D. Josephson,
APC
3580 Wilshire Blvd. Suite 1260
Los Angeles, CA 90010

Attorneys for Plaintiffs Jose Nativdad
Hernandez and Abel Mejia
Yameen Salahuddin, Esq.
Rawa Law Group, APC
5843 Pine Ave., Suite A
Chino Hills, CA 91709

Attorneys to the Official NEF
Committee of Unsecured
Creditors
Jeffrey E. Bjork, Christina M.
Craige; Helena G. Tseregounis
Sidley Austin LLP
555 West Fifth St., Suite 4000
Los Angeles, CA 90013

Motorcar Parts of America, Inc.
Attn: Michael Umanskey
2929 California St.
Torrance, CA 90503

Cardone Industries
Attn: John Brawner
5501 Whitaker Ave.
Philadelphia, PA19124

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Dorman Products Inc.,
Attn: Thomas Knoblauch
3400 E. Walnut St.,
Colmar, PA 18915

Dayco Products, LLC
Attn: Steven Keller
1650 Research Dr., Ste 200
Troy, MI 48083

East Penn Mfg. Co. Inc.
Attn: Robert Bashore
PO Box 147
102 Deka Rd.
Lyon Station, PA 19536

Standard Motor Products
Attn: James Stewart
1801 Waters Ridge Dr.
Lewisville, TX 75057

Tenneco Automotive Operating Co., Inc.
Attn: Jason Borgardt
500 N. Field Dr.
Lake Forest, IL 60045

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE