# United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

| | |
|---|---|
| **Tuesday, August 6, 2019** | **Hearing Room 304** |

### 1:30 PM
**6:16-10096**     Metropolitan Automotive Warehouse, Inc., a Califor and     **Chapter 7**

**#7.00**    Hrg re fourth interim application for approval of fees and reimbursement of expenses by Shulman Hodges & Bastian LLP, attorneys for the Chapter 7 Trustee

FROM: 6-4-19, 6-25-19, 7-2-19, 7-16-19

Docket    1056
*** VACATED ***   REASON: SCHEDULING ORDER ENTERED 8-5-19; CONT'D TO 9-3-19 AT 1:30 P.M.

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Metropolitan Automotive            Represented By
                                                 Garrick A Hollander
                                                 Peter W Lianides
                                                 Jeremy V Richards
                                                 Andrew B Levin
                                                 Michael J Kowalski
                                                 Nina L. Hawkinson

**Trustee(s):**

Lynda T. Bui (TR)                        Represented By
                                                 Melissa Davis Lowe
                                                 James C Bastian Jr
                                                 Victor A Sahn
                                                 Rika Kido