James C. Bastian, Jr. - Bar No. 175415
Melissa Davis Lowe - Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    JBastian@shbllp.com
    MLowe@shbllp.com

Attorneys for Lynda T. Bui,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**METROPOLITAN AUTOMOTIVE WAREHOUSE, INC.**, a California corporation,<br><br>Debtor.<br><br>**STAR AUTO PARTS, INC.**, a California corporation,<br><br>Debtor. | Case No. 6:16-bk-10096-WJ<br><br>Jointly Administered with<br>Case No. 6:16-bk-10105-WJ<br><br>Chapter 7<br><br>**THIRD SUPPLEMENT TO FOURTH INTERIM APPLICATION FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES BY SHULMAN HODGES & BASTIAN LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE**<br><br>**Hearing:**<br>Date:    September 10, 2019<br>Time:    1:30 p.m.<br>Place:    Courtroom 304<br>    United States Bankruptcy Court<br>    3420 Twelfth Street<br>    Riverside, CA 92501 |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

Shulman Hodges & Bastian LLP (the "Firm") submits this Third Supplement to its Fourth Interim Application for Approval of Fees and Reimbursement of Expenses ("Fourth Fee Application") as requested by the Court in its Third Memorandum Regarding Pending Fee Applications ("Memorandum") Scheduling Order (Docket 1120).

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5216-000\1405015.1

1

## I. INTRODUCTION

The Firm appreciates the Court's questions and requests and responds to each as presented by the Court below.

## II. RESPONSE TO MEMORANDUM

### A. Table 1 and Table 2

As requested by the Court, attached hereto as Table 2 is a table which identifies and lists all the fees for non-insider Avoidance Actions broken down for each matter for each of the four fee application periods. The gray cells on Table 2 reflect the differences from the Court's Table 1, which do not change the total fees incurred overall, but reallocates them between the reporting periods to address the requests of the Court that the chart reflect when the fees were incurred rather than when they were included in a fee application.

The attached Table 2 reaches the same final conclusion as the Court's Table 1.

Finally, Table 2 lists all fees incurred by the Firm for all non-insider actions for the period from October 20, 2016 (the effective date of the Firm's employment) to May 8, 2019.

### B. Figure of $63,130.25

The figure of $63,130.25 is included in Table 1 and Table 2. The Firm is not seeking $63,130.25 plus the fees listed in Table 1 (or Table 2) for all Non-Insider Avoidance Claims.

### C. The Amended Table at the End of the Second Supplemental Brief

As requested by the Court, attached hereto is an amended table (labeled as "Amended Exhibit 1"), which sets forth the status of the settlement funds received by the Trustee and the Firm's contingency fees related to the Insider and Non-Insider Avoidance Claims. Amended Exhibit 1 amends and revises the original Exhibit 1 to add a new column which provides the total of the settlement funds received by the Trustee. The remaining balance owing on the settlements funds has been reduced since the original table was submitted to the Court because an additional payment was received from Jobber's Wholesale, Inc.

### D. Charts on Pages 29, 59, 60, 61, 62 and 63 of the Fourth Fee App

Attached hereto as Table 3 is a new table which provides summaries of the Fourth Fee Application project categories that are listed on pages 29, 59, 60, 61, 62 and 63 of the Fourth Fee

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5216-000\1405015.1    2

Application. The summaries for each category (which include necessary corrections), are broken down for each of the four fee application periods as requested by the Court.

E. **Force Ten Partners, LLC Fee Application**

The Firm has communicated with Force Ten Partners, LLC ("Force Ten") regarding the Court's request in the Memorandum. Force Ten has provided the following chart which provides a breakdown of Force Ten's fees for insider litigation and non-insider litigation:

|  | First App | Second App | Third App | Total Fees |
|---|---|---|---|---|
| Insider | $6,377.50 | $17,732.50 | $7,115.00 | $31,225.00 |
| Non-Insider | $50,255.00 | $25,270.00 | $2,025.00 | $77,662.50 |
|  | $56,632.50 | $43,002.50 | $9,140.00 | $108,887.50 |

### III.    CONCLUSION

The Firm will be happy to answer any further questions of the Court before or at the continued hearing on the Fourth Fee Application. The Firm also thanks the Court for its diligence and consideration of the Fourth Fee Application.

**SHULMAN HODGES & BASTIAN LLP**

DATED: August 14, 2019    By:    /s/ James C. Bastian, Jr.
    James C. Bastian, Jr.
    Melissa Davis Lowe
    Attorneys for Lynda T. Bui,
    Chapter 7 Trustee

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5216-000\1405015.1    3

# Table 2

| | Litigation | First Fee App | Second Fee App | Third Fee App | Fourth Fee App | Total Fees Undiscounted | Total Fees Discounted |
|---|---|---|---|---|---|---|---|
| Group A | Advanced Innovative Technology Corporation | $2,915.00 | $2,012.50 | $0.00 | $0.00 | $4,927.50 | $2,463.75 |
| Group A | Anthem Blue Cross | $0.00 | $3,230.00 | $314.00 | $0.00 | $3,544.00 | $1,772.00 |
| Group A | Ashland LLC fka Ashland Inc. (Valvoline) | $1,280.00 | $1,785.00 | $0.00 | $0.00 | $3,065.00 | $1,532.50 |
| Group A | BMW Bank of North America | $0.00 | $2,460.00 | $561.50 | $0.00 | $3,021.50 | $1,510.75 |
| Group A | Brookdale Senior Living Communities, Inc. | $0.00 | $1,517.50 | $1,922.50 | $925.00 | $4,365.00 | $2,182.50 |
| Group A | Cardone Industries (and AA1) | $1,669.00 | $1,851.50 | $3,771.50 | $4,233.00 | $11,525.00 | $5,762.50 |
| Group A | CCNSG, Inc./Riptide Systems | $1,795.00 | $85.00 | $0.00 | $0.00 | $1,880.00 | $940.00 |
| Group A | Citibank, N.A. | $0.00 | $1,447.50 | $2,685.00 | $190.00 | $4,322.50 | $2,161.25 |
| Group A | Core Supply Company | $1,715.00 | $425.00 | $0.00 | $0.00 | $2,140.00 | $1,070.00 |
| Group A | CWD, LLC | $23,439.00 | $5,457.50 | $0.00 | $0.00 | $28,896.50 | $14,448.25 |
| Group A | Epicor Software Corporation | $1,547.50 | $1,205.00 | $0.00 | $0.00 | $2,752.50 | $1,376.25 |
| Group A | FedEx Freight, Inc. | $325.00 | $825.00 | $2,111.50 | $47.50 | $3,309.00 | $1,654.50 |
| Group A | FedEx Ground Package System, Inc. | $495.00 | $1,175.00 | $1,321.50 | $142.50 | $3,134.00 | $1,567.00 |
| Group A | FleetCor Technologies Operating Company, LLC | $2,360.00 | $85.00 | $0.00 | $0.00 | $2,445.00 | $1,222.50 |
| Group A | IAP West, Inc. | $1,820.00 | $2,560.00 | $0.00 | $0.00 | $4,380.00 | $2,190.00 |
| Group A | Jobber's Wholesale, Inc. | $467.50 | $1,281.50 | $7,262.50 | $6,181.50 | $15,193.00 | $7,596.50 |
| Group A | JP Morgan Chase Bank | $0.00 | $2,316.50 | $1,416.50 | $4,351.50 | $8,084.50 | $4,042.25 |
| Group A | KYB Americas Corporation | $2,790.00 | $4,450.00 | $171.50 | $0.00 | $7,411.50 | $3,705.75 |
| Group A | Mann+Hummel Filtration Technology US LLC, fka Wix Filtration Corp | $1,447.50 | $1,412.50 | $0.00 | $0.00 | $2,860.00 | $1,430.00 |
| Group A | MAS Automotive Distribution, Inc. | $2,162.50 | $42.50 | $0.00 | $0.00 | $2,205.00 | $1,102.50 |
| Group A | Merit Oil Company | $1,650.00 | $2,757.50 | $134.00 | $0.00 | $4,541.50 | $2,270.75 |
| Group A | R. Super General Contractor | $0.00 | $1,832.50 | $4,296.50 | $4,893.50 | $11,022.50 | $5,511.25 |

** Shaded cells reflect changes from the Court's Table 1

Table 2, Page 1

|  | Litigation | First Fee App | Second Fee App | Third Fee App | Fourth Fee App | Total Fees Undiscounted | Total Fees Discounted |
|---|---|---|---|---|---|---|---|
| Group A | Robert Bosch, LLC | $452.50 | $2,037.50 | $609.00 | $0.00 | $3,099.00 | $1,549.50 |
| Group A | San Bernardino County Tax Collector | $0.00 | $2,207.50 | $124.00 | $0.00 | $2,331.50 | $1,165.75 |
| Group A | Schaeffler Group USA, Inc. | $552.50 | $1,802.50 | $171.50 | $0.00 | $2,526.50 | $1,263.25 |
| Group A | Spartan Staffing, Inc. | $2,275.00 | $42.50 | $0.00 | $0.00 | $2,317.50 | $1,158.75 |
| Group A | Standard Motor Products, Inc. | $1,580.00 | $4,863.50 | $1,321.50 | $0.00 | $7,765.00 | $3,882.50 |
| Group A | Star2Star Communications, LLC | $1,990.00 | $42.50 | $0.00 | $0.00 | $2,032.50 | $1,016.25 |
| Group A | Tenneco Automotive Operating Company, Inc. | $3,044.00 | $2,337.50 | $0.00 | $0.00 | $5,381.50 | $2,690.75 |
| Group A | The Timken Company | $1,047.50 | $1,237.50 | $0.00 | $0.00 | $2,285.00 | $1,142.50 |
|  | **Total Group A** | **$58,819.50** | **$54,785.50** | **$28,194.50** | **$20,964.50** | **$162,764.00** | **$81,382.00** |
|  |  |  |  |  |  |  |  |
| Group B | American Express Co. | $18,001.50 | $4,479.00 | $3,744.00 | $0.00 | $26,224.50 | $13,112.25 |
| Group B | Bank of America | $0.00 | $1,682.50 | $1,824.00 | $0.00 | $3,506.50 | $1,753.25 |
| Group B | Daisy Wheel Ribbon Co., Inc. | $2,092.50 | $0.00 | $0.00 | $0.00 | $2,092.50 | $1,046.25 |
| Group B | Dorman Products | $434.50 | $5,656.00 | $1,330.00 | $0.00 | $7,420.50 | $3,710.25 |
| Group B | Liberty Bell Equip. Corp. | $1,030.00 | $0.00 | $0.00 | $0.00 | $1,030.00 | $515.00 |
| Group B | M.D.M. Packaging & Supplies, Inc. | $2,171.50 | $0.00 | $0.00 | $0.00 | $2,171.50 | $1,085.75 |
| Group B | Merrill Lynch - Bank of America | $0.00 | $1,811.50 | $1,796.50 | $0.00 | $3,608.00 | $1,804.00 |
| Group B | Metropolitan Telecom of CA | $547.50 | $1,195.00 | $3,255.50 | $0.00 | $4,998.00 | $2,499.00 |
| Group B | NGK Spark Plugs (U.S.A.) | $2,222.50 | $0.00 | $0.00 | $0.00 | $2,222.50 | $1,111.25 |
| Group B | Plews, Inc. | $835.00 | $0.00 | $0.00 | $0.00 | $835.00 | $417.50 |
| Group B | Prudential Overall Supply | $1,202.50 | $0.00 | $0.00 | $0.00 | $1,202.50 | $601.25 |
| Group B | Ryder Truck Rental, Inc. | $1,765.00 | $0.00 | $0.00 | $0.00 | $1,765.00 | $882.50 |

\*\* Shaded cells reflect changes from the Court's Table 1          Table 2, Page 2

| | Litigation | First Fee App | Second Fee App | Third Fee App | Fourth Fee App | Total Fees Undiscounted | Total Fees Discounted |
|---|---|---|---|---|---|---|---|
| **Group B** | Southern Calif. Edison | $2,830.00 | $0.00 | $0.00 | $0.00 | $2,830.00 | $1,415.00 |
| **Group B** | Spherion Staffing, LLC | $1,937.50 | $0.00 | $0.00 | $0.00 | $1,937.50 | $968.75 |
| **Group B** | Staffmark Investment, LLC | $647.50 | $0.00 | $0.00 | $0.00 | $647.50 | $323.75 |
| **Group B** | Staples, Inc. | $1,835.00 | $0.00 | $0.00 | $0.00 | $1,835.00 | $917.50 |
| **Group B** | Sunnyday Lawn Service | $0.00 | $2,255.00 | $799.00 | $0.00 | $3,054.00 | $1,527.00 |
| | **Total Group B** | **$37,552.50** | **$17,079.00** | **$12,749.00** | **$0.00** | **$67,380.50** | **$33,690.25** |
| | | | | | | | |
| **Group C** | Bank of the West | $335.00 | $1,565.00 | $0.00 | $0.00 | $1,900.00 | $950.00 |
| **Group C** | Chubb & Son, Inc. | $360.00 | $552.50 | $0.00 | $0.00 | $912.50 | $456.25 |
| **Group C** | Colonial Life Insurance | $0.00 | $580.00 | $0.00 | $0.00 | $580.00 | $290.00 |
| **Group C** | Dea Products, Inc | $757.50 | $5,305.00 | $4,251.50 | $0.00 | $10,314.00 | $5,157.00 |
| **Group C** | Empire Disposal | $0.00 | $495.00 | $0.00 | $0.00 | $495.00 | $247.50 |
| **Group C** | First American Specialty Insurance Co. | $0.00 | $537.50 | $0.00 | $0.00 | $537.50 | $268.75 |
| **Group C** | First String Sportfishing, Inc. | $0.00 | $3,766.50 | $522.50 | $0.00 | $4,289.00 | $2,144.50 |
| **Group C** | Kaiser Permanente (Foundation Health Plan, Inc.) | $0.00 | $3,965.00 | $1,583.00 | $0.00 | $5,548.00 | $2,774.00 |
| **Group C** | L&F Investments | $0.00 | $1,045.00 | $0.00 | $0.00 | $1,045.00 | $522.50 |
| **Group C** | Lockton Companies, LLC | $592.50 | $212.50 | $0.00 | $0.00 | $805.00 | $402.50 |
| **Group C** | Orange Coast Auto Group, LLC | $0.00 | $1,805.00 | $689.00 | $0.00 | $2,494.00 | $1,247.00 |
| **Group C** | Pacific Gas and Electric Co. | $367.50 | $382.50 | $0.00 | $0.00 | $750.00 | $375.00 |
| **Group C** | R. Villarreal Construction Co. | $1,140.00 | $297.50 | $0.00 | $0.00 | $1,437.50 | $718.75 |
| **Group C** | Ralph Barr | $487.50 | $127.50 | $0.00 | $0.00 | $615.00 | $307.50 |
| **Group C** | Reliant Professional Serv. | $0.00 | $2,432.50 | $361.50 | $0.00 | $2,794.00 | $1,397.00 |

\*\* Shaded cells reflect changes from the Court's Table 1

Table 2, Page 3

| | Litigation | First Fee App | Second Fee App | Third Fee App | Fourth Fee App | Total Fees Undiscounted | Total Fees Discounted |
|---|---|---|---|---|---|---|---|
| Group C | SierraConstellation Partners LLC | $125.00 | $1,022.50 | $0.00 | $0.00 | $1,147.50 | $573.75 |
| Group C | WHI Solutions | $470.00 | $382.50 | $0.00 | $0.00 | $852.50 | $426.25 |
| | **Total Group C** | **$4,635.00** | **$24,474.00** | **$7,407.50** | **$0.00** | **$36,516.50** | **$18,258.25** |
| Group D | FedEx Truckload Brokerage, Inc. | $325.00 | $0.00 | $0.00 | $0.00 | $325.00 | $162.50 |
| Group D | Daniel Fenesan | $912.50 | $0.00 | $0.00 | $0.00 | $912.50 | $456.25 |
| Group D | Inland Presort and Mailing Services | $902.50 | $0.00 | $0.00 | $0.00 | $902.50 | $451.25 |
| Group D | Jesus Alberto Flores Jimenez | $175.00 | $0.00 | $0.00 | $0.00 | $175.00 | $87.50 |
| Group D | Metropolitan Life Insurance Company | $452.50 | $0.00 | $0.00 | $0.00 | $452.50 | $226.25 |
| Group D | Jason Pugh | $502.50 | $0.00 | $0.00 | $0.00 | $502.50 | $251.25 |
| | **Total Group D** | **$3,270.00** | **$0.00** | **$0.00** | **$0.00** | **$3,270.00** | **$1,635.00** |
| | **Total All Groups** | **$104,277.00** | **$96,338.50** | **$48,351.00** | **$20,964.50** | **$269,931.00** | **$134,965.50** |

** Shaded cells reflect changes from the Court's Table 1     Table 2, Page 4

# Amended Exhibit 1

| Fee App | Defendant | Settlement Amount | Contingency Fee | Contingency Fee % | Non-Insider Claim Contingency Fee | Insider Claim Contingency Fee | Date Settlement Funds Received | Total Settlement Funds Received | Balance Owing on Settlement |
|---|---|---|---|---|---|---|---|---|---|
| 2nd | Advanced Innovative | $18,000.00 | $1,800.00 | 10% | $1,800.00 | | $18,000.00 on 3/15/2018 | $18,000.00 | $0.00 |
| 3rd | American Express | $155,000.00 | $31,000.00 | 20% | $31,000.00 | | $155,000.00 on 8/3/2018 | $155,000.00 | $0.00 |
| 2nd | Anthem Blue Cross | $20,000.00 | $4,000.00 | 20% | $4,000.00 | | $20,000.00 on 4/24/2018 | $20,000.00 | $0.00 |
| 2nd | Ashland LLC fka Ashland Inc. (Valvoline) | $5,000.00 | $500.00 | 10% | $500.00 | | $5,000.00 on 1/25/2018 | $5,000.00 | $0.00 |
| 3rd | Bank of America , N.A. | $125,000.00 | $25,000.00 | 20% | $25,000.00 | | $125,000.00 on 9/27/2018 | $125,000.00 | $0.00 |
| 2nd | BMW Bank of North America | $21,875.00 | $4,375.00 | 20% | $4,375.00 | | $21,875.00 on 5/11/2018 | $21,875.00 | $0.00 |
| 4th | Brookdale Senior Living Communities, Inc. | $15,000.00 | $3,000.00 | 20% | $3,000.00 | | $15,000 on 12/4/2018 | $15,000.00 | $0.00 |
| 4th | Cardone Industries, Inc. | $110,000.00 | $22,000.00 | 20% | $22,000.00 | | $110,000.00 on 1/17/2019 | $110,000.00 | $0.00 |
| 1st | CCNSG, Inc./Riptide Systems | $7,630.00 | $763.00 | 10% | $763.00 | | $2,543.33 on 9/27/2017 $2,543.33 on 8/30/2017 $2,543.34 on 10/27/2017 | $7,630.00 | $0.00 |
| 4th | Charles Siemer and Cheryl Kauffman (Defendant of the Insider Action) | $25,000.00 | $5,000.00 | Insider Action 20% | | $5,000.00 | $10,000.00 on 7/2/2019 $15,000.00 on 7/12/2019 | $25,000.00 | $0.00 |
| 4th | Chase Bank USA, N.A. | $15,000.00 | $3,000.00 | 20% | $3,000.00 | | $15,000.00 on 2/3/2019 | $15,000.00 | $0.00 |
| 3rd | Citibank, N.A. | $80,000.00 | $16,000.00 | 20% | $16,000.00 | | $80,000.00 on 10/24/2018 | $80,000.00 | $0.00 |
| 1st | Core Supply Company | $25,000.00 | $2,500.00 | 10% | $2,500.00 | | $25,000.00 on 12/14/2017 | $25,000.00 | $0.00 |
| 1st | Daisy Wheel Ribbon Co | $10,000.00 | $1,000.00 | 10% | $1,000.00 | | $10,000.00 on 11/8/2017 | $10,000.00 | $0.00 |
| 3rd | Dorman | $7,500.00 | $1,500.00 | 20% | $1,500.00 | | $7,500.00 on 6/19/2018 | $7,500.00 | $0.00 |
| 2nd | Epicor Software Corporation | $20,000.00 | $2,000.00 | 10% | $2,000.00 | | $20,000.00 on 1/17/2018 | $20,000.00 | $0.00 |
| 3rd | FedEx Freight | $22,859.00 | $4,571.80 | 20% | $4,571.80 | | $22,859.00 on 10/18/2018 | $22,859.00 | $0.00 |
| 3rd | FedEx Ground | $2,000.00 | $400.00 | 20% | $400.00 | | $2,000.00 on 9/17/2018 | $2,000.00 | $0.00 |
| 1st | FleetCor Technologies | $5,000.00 | $500.00 | 10% | $500.00 | | $5,000.00 on 11/3/2017 | $5,000.00 | $0.00 |
| 2nd | IAP West, Inc. | $47,500.00 | $4,750.00 | 10% | $4,750.00 | | $27,500.00 on 3/16/2018 $20,000.00 on 3/16/2018 | $47,500.00 | $0.00 |
| 4th | Jobber's Wholesale, Inc. | $25,000.00 | $5,000.00 | 20% | $5,000.00 | | $7,000.00 on 5/20/2019 $1,500.00 on 6/5/2019 $1,500.00 on 7/2/2019 $1,500.00 on 8/5/2019 | $11,500.00 | $13,500.00 |
| 4th | John Spencer and Related Parties (Defendants of the Insider Action) $1,450,000.00 if paid early, otherwise $5,000,000.00) | $1,450,000.00 | $290,000.00 | Insider Action 20% | | $290,000.00 | $1,000,000.00 on 3/27/2019 $450,000.00 on 4/25/2019 | $1,450,000.00 | $0.00 |
| 2nd | Jonthan Sinclair/Orcas, LLC | $25,000.00 | $5,000.00 | Insider Action | | $5,000.00 | $25,000.00 on 6/19/2018 | $25,000.00 | $0.00 |
| 2nd | KYB Americas Corporation | $200,000.00 | $40,000.00 | 20% | $40,000.00 | | $200,000.00 on 4/3/2018 | $200,000.00 | $0.00 |
| 1st | Libert Bell Equipment Corporation | $8,000.00 | $800.00 | 10% | $800.00 | | $8,000.00 on 7/17/2017 | $8,000.00 | $0.00 |
| 4th | Lobb Parties | $1,000,000.00 | $200,000.00 | Insider Action | | $200,000.00 | $1,000,000.00 on 5/2/2019 | $1,000,000.00 | $0.00 |
| 1st | M.D.M. Packaging & Supplies, Inc. | $14,418.70 | $1,441.87 | 10% | $1,441.87 | | $14,418.70 on 9/20/2017 | $14,418.70 | $0.00 |
| 2nd | Mann+Hummel Filtration | $7,500.00 | $750.00 | 10% | $750.00 | | $7,500.00 on 2/8/2018 | $7,500.00 | $0.00 |
| 1st | MAS Automotive | $93,000.00 | $9,300.00 | 10% | $9,300.00 | | $93,000.00 on 11/13/2017 | $93,000.00 | $0.00 |
| 2nd | Merit Oil Company | $5,000.00 | $1,000.00 | 20% | $1,000.00 | | $5,000.00 on 3/22/2018 | $5,000.00 | $0.00 |
| 3rd | Merrill Lynch | $92,500.00 | $18,500.00 | 20% | $18,500.00 | | $92,500.00 on 9/24/2018 | $92,500.00 | $0.00 |
| 3rd | Metropolitan Telecommunications | $5,000.00 | $1,000.00 | 20% | $1,000.00 | | $2,500.00 on 7/10/2018 $2,500.00 on 8/2/2018 | $5,000.00 | $0.00 |
| 1st | NGK Spark Plugs (U.S.A.), | $63,004.42 | $6,300.44 | 10% | $6,300.44 | | $63,004.42 on 10/19/2017 | $63,004.42 | $0.00 |
| 1st | Plews, Inc. | $17,292.82 | $1,729.28 | 10% | $1,729.28 | | $17,292.82 on 7/7/2017 | $17,292.82 | $0.00 |
| 1st | Prudential Overall Supply | $3,000.00 | $300.00 | 10% | $300.00 | | $3,000.00 on 9/27/2017 | $3,000.00 | $0.00 |

Amended Exhbit 1

| Fee App | Defendant | Settlement Amount | Contingency Fee | Contingency Fee % | Non-Insider Claim Contingency Fee | Insider Claim Contingency Fee | Date Settlement Funds Received | Total Settlement Funds Received | Balance Owing on Settlement |
|---|---|---|---|---|---|---|---|---|---|
| 4th | Richard Charles Super II dba R Super General Contractor | $7,500.00 | $1,500.00 | 20% | $1,500.00 | | $2,500.00 on 1/21/2019<br>$850.00 on 2/15/2019<br>$850.00 on 3/14/2019<br>$825.00 on 4/19/2019<br>$825.00 on 5/15/2019<br>$825.00 on 6/12/2019<br>$825.00 on 7/8/2019 | $7,500.00 | $0.00 |
| 2nd | Robert Bosch, LLC | $10,000.00 | $2,000.00 | 20% | $2,000.00 | | $10,000.00 on 6/12/2018 | $10,000.00 | $0.00 |
| 1st | Ryder Truck Rental, Inc. | $15,000.00 | $1,500.00 | 10% | $1,500.00 | | $15,000.00 on 9/15/2017 | $15,000.00 | $0.00 |
| 2nd | San Bernardino County Tax Collector | $7,272.06 | $1,454.41 | 20% | $1,454.41 | | $7,272.06 on 4/9/2018 | $7,272.06 | $0.00 |
| 2nd | Schaeffler Group USA, Inc. | $10,000.00 | $2,000.00 | 20% | $2,000.00 | | $10,000.00 on 4/24/2018 | $10,000.00 | $0.00 |
| 1st | Southern California Edison Company | $5,000.00 | $500.00 | 10% | $500.00 | | $5,000.00 on 9/27/2017 | $5,000.00 | $0.00 |
| 1st | Spartan Staffing LLC | $7,500.00 | $750.00 | 10% | $750.00 | | $7,500.00 on 11/8/2017 | $7,500.00 | $0.00 |
| 1st | Spherion Staffing, LLC | $12,223.54 | $1,222.35 | 10% | $1,222.35 | | $12,224.00 on 9/27/2017 | $12,224.00 | $0.00 |
| 1st | Staffmark Investment LLC | $28,977.86 | $2,897.79 | 10% | $2,897.79 | | $28,977.86 on 8/2/2017 | $28,977.86 | $0.00 |
| 2nd | Standard Motor Products, Inc. | $105,000.00 | $21,000.00 | 20% | $21,000.00 | | $105,000.00 on 6/20/2018 | $105,000.00 | $0.00 |
| 1st | Staples, Inc. | $5,500.00 | $550.00 | 10% | $550.00 | | $5,500.00 on 9/8/2017 | $5,500.00 | $0.00 |
| 1st | Star2Star Communications, LLC | $4,000.00 | $400.00 | 10% | $400.00 | | $4,000.00 on 11/13/2017 | $4,000.00 | $0.00 |
| 3rd | Sunnyday Lawn Service | $5,000.00 | $1,000.00 | 20% | $1,000.00 | | $5,000.00 on 5/23/2018 | $5,000.00 | $0.00 |
| 2nd | Tenneco Automotive Operating Company, Inc. | $7,500.00 | $750.00 | 10% | $750.00 | | $7,500.00 on 12/29/2017 | $7,500.00 | $0.00 |
| 2nd | The Timken Company | $77,500.00 | $7,750.00 | 10% | $7,750.00 | | $77,500.00 on 3/15/2018 | $77,500.00 | $0.00 |
| 4th | William Martin and Catherine Martin (Defendants of the Insider Action) | $150,000.00 | $30,000.00 | Insider Action 20% | | $30,000.00 | $50,000.00 on 4/25/2019<br>$25,000.00 on 7/18/2019<br>$75,000.00 on 7/22/2019 | $150,000.00 | $0.00 |
| | | | | | | | | | |
| | GRAND TOTAL | $4,204,053.40 | $790,055.95 | | $260,055.95 | $530,000.00 | | $4,190,553.86 | $13,500.00 |

Amended Exhbit 1

# Table 3

| Case Administration | Hours | Undiscounted Fees | Discounted Fees | Discounted Blended Rate |
|---|---|---|---|---|
| First App | 52.70 | $17,366.50 | $8,683.25 | $ 164.77 |
| Second App | 6.80 | $1,592.00 | $ 796.00 | $ 117.06 |
| Third App | 2.00 | $ 270.00 | $ 135.00 | $  67.50 |
| Fourth App | 5.40 | $1,222.50 | $ 611.25 | $ 113.19 |
| Total | 66.90 | $20,451.00 | $10,225.50 | $152.84 |
|  |  |  |  |  |
| Claims Administration | Hours | Undiscounted Fees | Discounted Fees | Discounted Blended Rate |
| First App | 63.30 | $20,075.00 | $10,037.50 | $ 158.57 |
| Second App | 4.70 | $2,077.50 | $1,038.75 | $ 221.01 |
| Third App | .60 | $ 285.00 | $ 142.50 | $ 237.50 |
| Fourth App | 1.80 | $ 833.00 | $ 416.50 | $ 231.39 |
| Total | 70.40 | $23,270.50 | $11,635.25 | $165.27 |
|  |  |  |  |  |
| Fee Applications | Hours | Undiscounted Fees | Discounted Fees | Discounted Blended Rate |
| First App | 18.70 | $4,335.00 | $2,167.50 | $ 115.91 |
| Second App | 81.30 | $10,507.00 | $5,253.50 | $  64.62 |
| Third App | 107.70 | $27,630.00 | $13,815.00 | $ 128.27 |
| Fourth App | 81.40 | $22,579.00 | $11,289.50 | $ 138.69 |
| Total | 289.10 | $65,051.00 | $32,525.50 | $112.50 |
|  |  |  |  |  |
| Chapter 11 Professionals' Fee Applications | Hours | Undiscounted Fees | Discounted Fees | Discounted Blended Rate |
| First App | 95.20 | $29,637.50 | $14,818.75 | $ 155.66 |
| Second App | 13.20 | $6,020.00 | $3,010.00 | $ 228.03 |
| Third App | 4.50 | $1,107.50 | $ 553.75 | $ 123.06 |
| Fourth App | 3.00 | $1,099.00 | $ 549.50 | $ 183.17 |
| Total | 115.90 | $37,864.00 | $18,932.00 | $163.34 |

**Table 3, Page 1**

| General Avoidance Action Claims | Hours | Undiscounted Fees | Discounted Fees | Discounted Blended Rate |
|---|---|---|---|---|
| First App | 186.70 | $63,337.50 | $31,668.75 | $ 169.62 |
| Second App | 45.10 | $12,899.50 | $6,449.75 | $ 143.01 |
| Third App | 36.40 | $7,625.00 | $3,812.50 | $ 104.74 |
| Fourth App | 3.70 | $1,237.50 | $ 618.75 | $ 167.23 |
| Total | 271.90 | $85,099.50 | $42,549.75 | $156.49 |

| Insider Action | Hours | Undiscounted Fees | Discounted Fees | Discounted Blended Rate |
|---|---|---|---|---|
| First App | 450.00 | $205,475.50 | $102,737.75 | $ 228.31 |
| Second App | 784.20 | $411,788.50 | $205,894.25 | $ 262.55 |
| Third App | 576.90 | $320,322.50 | $160,161.25 | $ 277.62 |
| Fourth App | 604.30 | $332,397.50 | $166,198.75 | $ 275.03 |
| Total | 2,415.40 | $1,269,984.00 | $634,992.00 | $262.89 |

| GRAND TOTALS as to all the Above Project Categories (i.e., does not include the separate Avoidance Actions) | Hours | Undiscounted Fees | Discounted Fees | Discounted Blended Rate |
|---|---|---|---|---|
| First App | 866.60 | $340,227.00 | $170,113.50 | $ 196.30 |
| Second App | 935.30 | $444,884.50 | $222,442.25 | $ 237.83 |
| Third App | 728.10 | $357,240.00 | $178,620.00 | $ 245.32 |
| Fourth App | 699.60 | $359,368.50 | $179,684.25 | $ 256.84 |
| Total | 3229.60 | $1,501,720.00 | $750,860.00 | $232.49 |

**Table 3, Page 2**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, California 92618**

A true and correct copy of the foregoing document entitled (*specify*): **SECOND SUPPLEMENT TO FOURTH INTERIM APPLICATION FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES BY SHULMAN HODGES & BASTIAN LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 14, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **August 14, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Judge's Copy**
**Honorable Wayne Johnson, US Bankruptcy Court, 3420 Twelfth St, Suite 385, Riverside, CA 92501**

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Not Applicable**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **August 14, 2019** | **Lorre Clapp** | /s/ **Lorre Clapp** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

- **Melody G Anderson**    mga@replevin.com
- **Craig H Averch**    caverch@whitecase.com
- **Jason Balitzer**    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- **Terence G Banich**    tbanich@foxrothschild.com;kjanecki@foxrothschild.com, proberts@foxrothschild.com
- **James C Bastian**    jbastian@shbllp.com
- **Cristina E Bautista**    cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- **Duane Brescia**    duane.brescia@strasburger.com
- **Lynda T. Bui (TR)**    trustee.bui@shbllp.com, C115@ecfcbis.com
- **Jonathan C Cahill**    ecfcacb@aldridgepite.com, jcahill@aldridgepite.com;JCC@ecf.inforuptcy.com
- **Jeffrey D Cawdrey**    jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
- **Harold L. Collins**    hcollinslaw@aol.com, halc@knfilters.com
- **Christina M Craige**    chris.craige@lw.com
- **Dina Farhat**    farhatandassociates@gmail.com, farhatdina@yahoo.com;r57152@notify.bestcase.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Nathan Fransen**    nfransen@fransenandmolinaro.com, deforest@fmattorney.com
- **Rachel A. Franzoia**    rfranzoia@lgbfirm.com, srichmond@lgbfirm.com
- **William B Freeman**    bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **Barry S Glaser**    bglaser@swesq.com, erhee@swesq.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Matthew A Gold**    courts@argopartners.net
- **Amy L Goldman**    goldman@lbbslaw.com
- **Michael I. Gottfried**    mgottfried@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com;avedrova@lgbfirm.com
- **Everett L Green**    everett.l.green@usdoj.gov
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Anna Gumport**    agumport@sidley.com
- **James A Hayes**    jhayes@jamesahayesaplc.com
- **Garrick A Hollander**    ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Joseph R Ignatuk**    rignatuk@shbllp.com, sseelert@shbllp.com
- **Reginald W Jackson**    rwjackson@vorys.com, mdwalkuski@vorys.com
- **Eddie R Jimenez**    ecfcacb@aldridgepite.com, erj@ecf.inforuptcy.com;ejimenez@aldridgepite.com
- **Gregory K Jones**    GJones@dykema.com, CAcossano@dykema.com;DocketLA@dykema.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Talin Keshishian**    tkeshishian@bg.law, ecf@bg.law
- **Raffi Khatchadourian**    raffi@hemar-rousso.com
- **Rika Kido**    rkido@shbllp.com, avernon@shbllp.com
- **Jeannie Kim**    jkim@buchalter.com, docket@buchalter.com
- **Stuart I Koenig**    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Mette H Kurth**    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- **Robert S Lampl**    advocate45@aol.com, rlisarobinsonr@aol.com
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Andrew B Levin**  alevin@wcghlaw.com, Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
- **Peter W Lianides**  plianides@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- **Craig E Lindberg**  craig.lindberg@fedex.com, jlpolson@fedex.com,lashauna.hale-johnson@fedex.com
- **Melissa Davis Lowe**  mlowe@shbllp.com, sswartzell@shbllp.com
- **Bryant C MacDonald**  Maclaw51@verizon.net
- **Samuel R Maizel**  samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- **Joshua Mandell**  joshua.mandell@akerman.com, evelyn.duarte@akerman.com;connie.harris@akerman.com
- **Stephen H Marcus**  shill@gblaw.net
- **J. Barrett Marum**  bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Michael K McCrory**  michael.mccrory@btlaw.com, adonaldson@btlaw.com
- **Kristen McCulloch**  kmcculloch@cgdrblaw.com
- **Jessica Mickelsen Simon**  jmsimon@hrhlaw.com
- **Alan I Nahmias**  anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Samuel A Newman**  snewman@gibsondunn.com
- **Dace Pavlovskis**  Dace.Pavlovskis@sba.gov
- **Hamid R Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com
- **Donald Reid**  don@rmbklaw.com, ecf@rmbklaw.com
- **Jeremy V Richards**  jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Christopher O Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Craig A Roeb**  croeb@cgdrblaw.com, asalcedo@cgdrblaw.com
- **Jeffrey Rosenfeld**  jrosenfeld@blankrome.com, dalessi@blankrome.com
- **Anthony J Rothman**  anthony@arothmanlaw.com
- **Victor A Sahn**  vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com
- **Valerie Smith**  claims@recoverycorp.com
- **Diane C Stanfield**  diane.stanfield@alston.com
- **Mohammad Tehrani**  mtehrani@duanemorris.com
- **Scott C Timpe**  stimpe@mbnlawyers.com, scott.timpe@gmail.com;aacosta@mbnlawyers.com
- **Helena Tseregounis**  htseregounis@sidley.com
- **Todd L Turoci**  mail@theturocifirm.com
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov
- **John L Viola**  jviola@thompsoncoburn.com
- **Amrita B Walgampaya**  bwalgampaya@ctsclaw.com, nikki@ctsclaw.com
- **Eric R Wilson**  kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**