**Fill in this Information to identify the case:**

| Debtor 1 | Lazaro | | Ramos |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Central District of California

Case number: 6:16-bk-10096



FILED
SEP 3 0 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:        Deputy Clerk

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 41,248.72 |
|---|---|
| Claimant's Name: | Lazaro Ramos (Airtex Products LP) |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1900 West Field Court<br>Lake Forest, IL 60046<br>(509)240-1910<br>lazaro.ramos@framgrpp.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Notice to United States Attorney**<br><br>[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:<br><br>Office of the United States Attorney<br>Central District of California<br>Civil Process Clerk<br>Federal Building, Room 7516 300<br>North Los Angeles Street Los<br>Angeles, CA 90012 | |
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _08/15/2022_<br><br>*[signature]*<br>Signature of Applicant<br><br>_Lazaro Ramos_<br>Printed Name of Applicant<br><br>Address: 1900 West Field Court<br>Lake Forrest, IL 60048<br><br>Telephone: (509)240-1910<br><br>Email: lazaro.ramos@framgrpp.com | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br>Address:<br><br>Telephone:<br><br>Email: |
| **6. Notarization**<br>STATE OF _California_<br>COUNTY OF _Los Angeles_<br><br>This Application for Unclaimed Funds, dated _08/15/2022_, was subscribed and sworn to before me this _15th_ day of _August_, 20_22_ by<br><br>_Lazaro Ramos_<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)  Notary Public *[signature]*<br>My commission expires: 9/25/24<br><br>SARAH FABELA<br>Notary Public - California<br>Los Angeles County<br>Commission # 2334264<br>My Comm. Expires Sep 25, 2024 | **6. Notarization**<br>STATE OF _____<br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)  Notary Public _____<br>My commission expires: |

Form 1340             Application for Payment of Unclaimed Funds             Page 2

## Affidavit by Corporate Officer before a Notary Public

State of __ILLINOIS__
 (Name of State)

County of __WAYNE__
 (Name of County)

PERSONALLY appeared before me, the undersigned authority in and for said county and state, __Dimitri Monge__, who, having been being first duty sworn by
(Name of Affiant)

the undersigned Notary Public, deposes and says:

1. He is the __President__ of __Airtex Products LP / Airtex MFG, INC__,
(Title of Affiant)    (Name of Corporation)

a corporation organized and existing under the laws of __Illinois__ with
(Name of State)

its principal office located at __14601 HWY 41 N, Evansville, IN 47725__, and in whose behalf
(Street Address, City, County, State, Zip Code)

he makes this affidavit.

2. __Lazaro Ramos, Director of Global Credit and Collections, is the sole creditor's attorney and authorized agent of any unclaimed payment within the courts claim registry for case #: 616bk10096__.
(Statement of facts)

The above-mentioned corporation has caused this instrument to be executed in its behalf, pursuant to authority of its Board of Directors, by its __President__,
(Title of Affiant)

and its corporate seal to be attached, attested by its __President__, on
(Title of Affiant)

__09/19/2022__.
(Date of Execution)

Airtex Products LP/ Airtex MFG, INC
(Name of Corporation)

By: __Dimitri Monge__
(Name of Affiant)

__[signature]__
(Title of Affiant)

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF Illinois)

) ss

COUNTY OF Wanye)

On 9/21/2022 before me, Madeline Land, personally appeared Dimitri Monge, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Illinois that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Madeline Land_    (seal)

MADELINE LAND
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 8, 2024



## Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| File Number | 39992809 |
|---|---|
| Entity Name | AIRTEX MFG., INC. |
| Status | MERGE/CONSOLIDATED |

### Entity Information

| Entity Type | CORPORATION |
|---|---|
| Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | Monday, 20 June 1960 |
| State | ILLINOIS |
| Duration Date | PERPETUAL |

### Agent Information

| Name | DIMITRI MONGE |
|---|---|
| Address | 407 W MAIN STREET<br>FAIRFIELD, IL 62837 |
| Change Date | Thursday, 25 June 1998 |

### Annual Report

| Filing Date | Wednesday, 16 May 2007 |
|---|---|

03-392400



# State of California
## Kevin Shelley
## Secretary of State

37

### STATEMENT OF INFORMATION
(Foreign Corporation)

**FILED**
In the office of the Secretary of State
of the State of California

OCT 0 6 2003

KEVIN SHELLEY, SECRETARY OF STATE

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME: (Please do not alter if name is preprinted.)

   ```
   C0406891  DUE DATE 12-31-03 02829F
   AIRTEX PRODUCTS, INC.
   407 W MAIN ST
   FAIRFIELD IL  62837
   ```

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code Section 2117)

2. [ ] CHECK HERE IF THE CORPORATION IS PUBLICLY TRADED. IF PUBLICLY TRADED, COMPLETE THIS STATEMENT OF INFORMATION AND THE CORPORATE DISCLOSURE STATEMENT (FORM SI-PTSUPP). SEE ITEM 2 OF INSTRUCTIONS.

**NO CHANGE STATEMENT**

3. [X] IF THERE HAS BEEN NO CHANGE IN ANY OF THE INFORMATION CONTAINED IN THE LAST STATEMENT OF INFORMATION FILED WITH THE SECRETARY OF STATE, INCLUDING ANY INFORMATION CONTAINED IN FORM SI-PTSUPP, CHECK THE BOX AND PROCEED TO ITEM 13.
IF THERE HAVE BEEN ANY CHANGES TO THE INFORMATION CONTAINED IN EITHER FORM, BOTH FORMS MUST BE COMPLETED IN THEIR ENTIRETY.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be PO Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE CA | ZIP CODE

6. MAILING ADDRESS | CITY AND STATE | ZIP CODE

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, please do not alter the preprinted title on this statement.)

7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE

8. SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE

9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE

**LIST THE AGENT FOR SERVICE OF PROCESS** (If an individual, the person named as agent must be a resident of California.)

10. CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS
    [ ] AN INDIVIDUAL RESIDING IN CALIFORNIA.
    [ ] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO CALIFORNIA CORPORATIONS CODE SECTION 1505.
    AGENT'S NAME _____

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE CA | ZIP CODE

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13. THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT [X] YES

| Dimitri Monge | (signature) | President | 09/29/03 |
|---|---|---|---|
| TYPE OR PRINT NAME OF OFFICER OR AGENT | SIGNATURE | TITLE | DATE |

SI-350 (REV 01/2003)



# State of California
## Kevin Shelley
## Secretary of State

**FILED**
in the office of the Secretary of State
of the State of California

NOV - 4 2003

KEVIN SHELLEY, SECRETARY OF STATE

**LIMITED LIABILITY COMPANY -- STATEMENT OF INFORMATION**
Filing Fee $20.00 -- If Amendment, See Instructions
**IMPORTANT-** Read Instructions Before Completing This Form

1. **LIMITED LIABILITY COMPANY NAME:** (Do not alter if name is preprinted.)
   Airtex Products, LLC

   32

   EC

   This Space For Filing Use Only

2. **SECRETARY OF STATE FILE NUMBER**
   200330010223

3. **STATE OR PLACE OF ORGANIZATION**
   Delaware

4. **PRINCIPAL EXECUTIVE OFFICE**
   STREET ADDRESS  407 West Main Street
   CITY  Fairfield     STATE  IL    ZIP CODE  62837

5. **CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (FOR DOMESTIC ONLY)**
   STREET ADDRESS
   CITY     STATE  CA    ZIP CODE

6. **CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS**
   [ ] AN INDIVIDUAL RESIDING IN CALIFORNIA.
   [X] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO CALIFORNIA CORPORATIONS CODE SECTION 1505.
   AGENT'S NAME:  CT Corporation System

7. **ADDRESS OF THE AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL**
   ADDRESS
   CITY     STATE  CA    ZIP CODE

8. **DESCRIBE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY.**
   Automobile Parts Manufacturer - Warehousing & Distribution in CA

9. LIST THE NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER. ATTACH ADDITIONAL PAGES, IF NECESSARY.

9a. NAME  UCI-Airtex Holdings, Inc. (Member)
    ADDRESS  301 Industrial Drive
    CITY  Albion     STATE  IL    ZIP CODE  62806

9b. NAME
    ADDRESS
    CITY     STATE    ZIP CODE

9c. NAME
    ADDRESS
    CITY     STATE    ZIP CODE

10. **CHIEF EXECUTIVE OFFICER (CEO), IF ANY**
    NAME
    ADDRESS
    CITY     STATE    ZIP CODE

11. **NUMBER OF PAGES ATTACHED, IF ANY:**
    1

12. **THIS STATEMENT IS TRUE, CORRECT, AND COMPLETE.**
    Alan L. Kemp                    Secretary    10/31/03
    TYPE OR PRINT NAME OF PERSON COMPLETING FORM    SIGNATURE    TITLE    DATE

**DUE DATE:**  January 24, 2004

SEC/STATE FORM LLC-12 (REV. 01/03)                    APPROVED BY SECRETARY OF STATE
CA031 - 1/16/03 C T System Online

200336010223

## Attachment to CA Information Statement

Airtex Products, LLC (the "LLC") is member managed; however, under the LLC's Limited Liability Company Agreement, the Member has authority to elect officers to act on behalf of the LLC. The following is a current list of officers of the LLC:

Dimitri Monge, President
407 West Main Street
Fairfield, IL 62837

Roy Xanders, Vice President
407 West Main Street
Fairfield, IL 62837

Dave Cavanaugh, Vice President
407 West Main Street
Fairfield, IL 62837

Alan Kemp, Secretary and Treasurer
407 West Main Street
Fairfield, IL 62837

DC\631664.1

**AIRTEX**

STATEMENT OF ACCOUNT

Page: 1 of 32

04-MAR-16

Tel: (618) 842-2111
Fax: (618) 842-4069

Remit To: Airtex Products LP
PO Box 60198
Saint Louis MO 63160-0198

Customer Account: 9067

Metropolitan Automotive Warehouse
Metropolitan Automotive WarehouseA67226
P O Box 1529
San Bernardino, CA - 92402-1529
US

| TRNS NUMBER | TRNS DATE | TRNS TYPE | DUE DATE | COMMENTS / REFERENCES | BALANCE DUE |
|---|---|---|---|---|---|
| 14140441 | 26-OCT-15 | Credit Memo | 26-OCT-15 | 10/2/15 | (23,212.74) |
| 14140462 | 26-OCT-15 | Credit Memo | 26-OCT-15 | UP118876 | (146.48) |
| 14140481 | 27-OCT-15 | Credit Memo | 27-OCT-15 | DM127310 | (506.46) |
| 14140491 | 27-OCT-15 | Credit Memo | 27-OCT-15 | UP118906 | (1,598.99) |
| 14140613 | 03-NOV-15 | Credit Memo | 03-NOV-15 | 126133 | (17,907.62) |
| 14140771 | 10-NOV-15 | Credit Memo | 10-NOV-15 | A11499 126126 CR4967 | (125.00) |
| 14140772 | 10-NOV-15 | Credit Memo | 10-NOV-15 | A11533 A61652 128460 | (77.78) |
| 14140875 | 17-NOV-15 | Credit Memo | 17-NOV-15 | A11572 128693 CR4981 | (125.00) |
| 14140876 | 17-NOV-15 | Credit Memo | 17-NOV-15 | A11573 128692 CR4980 | (125.00) |
| 14141007 | 20-NOV-15 | Credit Memo | 20-NOV-15 | 128638 | (12,911.16) |
| 14141051 | 23-NOV-15 | Credit Memo | 23-NOV-15 | 128755 | (10,363.03) |
| 14141179 | 07-DEC-15 | Credit Memo | 07-DEC-15 | 128797 | (18,156.25) |
| 14141294 | 10-DEC-15 | Credit Memo | 10-DEC-15 | UP127176 | (293.58) |
| 14141295 | 10-DEC-15 | Credit Memo | 10-DEC-15 | UP127827 Amigos 4 | (1,190.74) |
| 14141371 | 16-DEC-15 | Credit Memo | 16-DEC-15 | MFR | (5,228.89) |
| 14141372 | 16-DEC-15 | Credit Memo | 16-DEC-15 | UP1274186 Mexico AP | (705.68) |
| 14141387 | 17-DEC-15 | Credit Memo | 17-DEC-15 | 130971 | (8,441.69) |
| 14141388 | 17-DEC-15 | Credit Memo | 17-DEC-15 | UP127316 Quick Stop | (167.49) |
| 14141389 | 17-DEC-15 | Credit Memo | 17-DEC-15 | UP127837 Son Auto Parts | (1,115.56) |
| 14141416 | 18-DEC-15 | Credit Memo | 18-DEC-15 | A11368 128354 CR4963 | (120.00) |
| 14141417 | 18-DEC-15 | Credit Memo | 18-DEC-15 | A11602 128423 A61651 | (201.78) |
| 14141421 | 19-DEC-15 | Credit Memo | 19-DEC-15 | 131018 | (8,889.92) |
| 16880992 | 24-JUL-15 | Invoice | 24-DEC-15 | 35959 | 172.75 |
| 16880993 | 24-JUL-15 | Invoice | 24-DEC-15 | 36007 | 236.71 |
| 16880994 | 24-JUL-15 | Invoice | 24-DEC-15 | 36140 | 34.43 |
| 16880995 | 24-JUL-15 | Invoice | 24-DEC-15 | 36269 | 241.00 |
| 16880996 | 24-JUL-15 | Invoice | 24-DEC-15 | 36337 | 309.86 |
| 16880997 | 24-JUL-15 | Invoice | 24-DEC-15 | 36475 | 5.76 |
| 16880998 | 24-JUL-15 | Invoice | 24-DEC-15 | 36504 | 623.16 |
| 16880999 | 24-JUL-15 | Invoice | 24-DEC-15 | 36555 | 46.85 |
| 16881000 | 24-JUL-15 | Invoice | 24-DEC-15 | 36608 | 196.22 |
| 16881001 | 24-JUL-15 | Invoice | 24-DEC-15 | 36733 | 310.64 |
| 16881002 | 24-JUL-15 | Invoice | 24-DEC-15 | 36778 | 48.44 |

CONTINUES ON NEXT PAGE

```
                                                                                    Page: 2 of 32
AIRTEX STATEMENT OF ACCOUNT

Customer Account:  9067

Metropolitan Automotive Warehouse Metropolitan Automotive WarehouseA67226
```

| TRNS NUMBER | TRNS DATE | TRNS TYPE | DUE DATE | COMMENTS / REFERENCES | BALANCE DUE |
|---|---|---|---|---|---|
| 16881003 | 24-JUL-15 | Invoice | 24-DEC-15 | 36827 | 174.88 |
| 16881004 | 24-JUL-15 | Invoice | 24-DEC-15 | 37108 | 3,413.02 |
| 16881015 | 24-JUL-15 | Invoice | 24-DEC-15 | CD2167-110730 | 817.70 |
| 16881072 | 24-JUL-15 | Invoice | 24-DEC-15 | 04583 | 989.56 |
| 16881074 | 24-JUL-15 | Invoice | 24-DEC-15 | 35665 | 4,384.87 |
| 16881077 | 24-JUL-15 | Invoice | 24-DEC-15 | 15655 | 3,633.05 |
| 16881079 | 24-JUL-15 | Invoice | 24-DEC-15 | 14035 | 131.81 |
| 16881081 | 24-JUL-15 | Invoice | 24-DEC-15 | 14632 | 153.96 |
| 16881083 | 24-JUL-15 | Invoice | 24-DEC-15 | 14660 | 226.89 |
| 16881085 | 24-JUL-15 | Invoice | 24-DEC-15 | 14709 | 110.06 |
| 16881087 | 24-JUL-15 | Invoice | 24-DEC-15 | 14742 | 103.29 |
| 16881089 | 24-JUL-15 | Invoice | 24-DEC-15 | 14782 | 68.86 |
| 16881091 | 24-JUL-15 | Invoice | 24-DEC-15 | 14900 | 597.20 |
| 16881093 | 24-JUL-15 | Invoice | 24-DEC-15 | 14957 | 25.69 |
| 16881096 | 24-JUL-15 | Invoice | 24-DEC-15 | 15009 | 652.55 |
| 16881098 | 24-JUL-15 | Invoice | 24-DEC-15 | 15103 | 38.81 |
| 16881101 | 24-JUL-15 | Invoice | 24-DEC-15 | 15137 | 507.04 |
| 16881103 | 24-JUL-15 | Invoice | 24-DEC-15 | 15191 | 193.96 |
| 16881105 | 24-JUL-15 | Invoice | 24-DEC-15 | 15235 | 72.91 |
| 16881106 | 24-JUL-15 | Invoice | 24-DEC-15 | 15253 | 436.66 |
| 16881108 | 24-JUL-15 | Invoice | 24-DEC-15 | 15296 | 39.56 |
| 16881109 | 24-JUL-15 | Invoice | 24-DEC-15 | 15333 | 75.63 |
| 16881110 | 24-JUL-15 | Invoice | 24-DEC-15 | 15360 | 420.40 |
| 16881111 | 24-JUL-15 | Invoice | 24-DEC-15 | 15422 | 132.68 |
| 16881112 | 24-JUL-15 | Invoice | 24-DEC-15 | 15448 | 1,003.70 |
| 16881113 | 24-JUL-15 | Invoice | 24-DEC-15 | 34230 | 100.11 |
| 16881114 | 24-JUL-15 | Invoice | 24-DEC-15 | 34307 | 200.23 |
| 16881115 | 24-JUL-15 | Invoice | 24-DEC-15 | 34615 | 131.97 |
| 16881116 | 24-JUL-15 | Invoice | 24-DEC-15 | 34865 | 179.71 |
| 16881117 | 24-JUL-15 | Invoice | 24-DEC-15 | 34907 | 124.21 |
| 16881118 | 24-JUL-15 | Invoice | 24-DEC-15 | 35105 | 28.93 |
| 16881119 | 24-JUL-15 | Invoice | 24-DEC-15 | 35160 | 522.13 |
| 16881120 | 24-JUL-15 | Invoice | 24-DEC-15 | 35219 | 446.96 |
| 16881121 | 24-JUL-15 | Invoice | 24-DEC-15 | 35238 | 74.12 |
| 16881122 | 24-JUL-15 | Invoice | 24-DEC-15 | 35321 | 394.73 |
| 16881123 | 24-JUL-15 | Invoice | 24-DEC-15 | 35349 | 341.93 |
| 16881124 | 24-JUL-15 | Invoice | 24-DEC-15 | 35435 | 424.35 |
| 16881125 | 24-JUL-15 | Invoice | 24-DEC-15 | 35457 | 230.43 |
| 16881126 | 24-JUL-15 | Invoice | 24-DEC-15 | 34095 | 304.08 |
| 16881127 | 24-JUL-15 | Invoice | 24-DEC-15 | 34332 | 101.36 |
| 16881128 | 24-JUL-15 | Invoice | 24-DEC-15 | 34757 | 101.36 |
| 16881129 | 24-JUL-15 | Invoice | 24-DEC-15 | 34899 | 249.54 |
| 16881130 | 24-JUL-15 | Invoice | 24-DEC-15 | 34991 | 101.36 |

CONTINUES ON NEXT PAGE

Case 6:16-bk-10096-WJ    Doc 1355    Filed 09/30/22    Entered 10/05/22 11:33:31    Desc
Case 6:16-bk-10096-WJ    Main Document    03 Page 611 of 18 Main Document    Page 6
of 35

Page: 3 of 32

AIRTEX STATEMENT OF ACCOUNT
Customer Account: 9067
Metropolitan Automotive Warehouse Metropolitan Automotive WarehouseA67226

| TRNS NUMBER | TRNS DATE | TRNS TYPE | DUE DATE | COMMENTS / REFERENCES | BALANCE DUE |
|---|---|---|---|---|---|
| 16881131 | 24-JUL-15 | Invoice | 24-DEC-15 | 35218 | 100.11 |
| 16881132 | 24-JUL-15 | Invoice | 24-DEC-15 | 35350 | 200.23 |
| 16881133 | 24-JUL-15 | Invoice | 24-DEC-15 | 15679 | 3,846.16 |
| 16881134 | 24-JUL-15 | Invoice | 24-DEC-15 | 31529 | 1,364.91 |
| 16881286 | 27-JUL-15 | Invoice | 24-DEC-15 | 15721 | 5,039.57 |
| 16881294 | 27-JUL-15 | Invoice | 24-DEC-15 | 35700 | 1,623.54 |
| 16881298 | 27-JUL-15 | Invoice | 24-DEC-15 | 37160 | 2,600.65 |
| 16881304 | 27-JUL-15 | Invoice | 24-DEC-15 | CD16827-240790 | 1,529.55 |
| 16881307 | 27-JUL-15 | Invoice | 24-DEC-15 | SP118878 | 958.70 |
| 16881316 | 27-JUL-15 | Invoice | 24-DEC-15 | 7-24446/BLM | 309.19 |
| 16881319 | 27-JUL-15 | Invoice | 24-DEC-15 | 7-24574/BLM | 623.53 |
| 16881322 | 27-JUL-15 | Invoice | 24-DEC-15 | 8-01512/CHI | 470.87 |
| 16881325 | 27-JUL-15 | Invoice | 24-DEC-15 | 3-24664/IND | 500.30 |
| 16881328 | 27-JUL-15 | Invoice | 24-DEC-15 | 3-24559/IND | 408.45 |
| 16881331 | 27-JUL-15 | Invoice | 24-DEC-15 | 9-30412/PS | 675.37 |
| 16881334 | 27-JUL-15 | Invoice | 24-DEC-15 | 6-29594/RED | 340.04 |
| 16881337 | 27-JUL-15 | Invoice | 24-DEC-15 | 4-37861/RIV | 273.61 |
| 16881340 | 27-JUL-15 | Invoice | 24-DEC-15 | 4-37962/RIV | 479.39 |
| 16881343 | 27-JUL-15 | Invoice | 24-DEC-15 | 5-09835/YUC | 253.27 |
| 16881358 | 27-JUL-15 | Invoice | 24-DEC-15 | 1-06386/BAN | 412.93 |
| 16881566 | 28-JUL-15 | Invoice | 24-DEC-15 | 35729 | 3,924.93 |
| 16881567 | 28-JUL-15 | Invoice | 24-DEC-15 | 31575 | 1,201.46 |
| 16881568 | 28-JUL-15 | Invoice | 24-DEC-15 | 37241 | 3,329.90 |
| 16881572 | 28-JUL-15 | Invoice | 24-DEC-15 | CD16839-240790 | 456.67 |
| 16881573 | 28-JUL-15 | Invoice | 24-DEC-15 | CD93831-291300 | 1,471.02 |
| 16881574 | 28-JUL-15 | Invoice | 24-DEC-15 | 7-24632/BLM | 489.69 |
| 16881575 | 28-JUL-15 | Invoice | 24-DEC-15 | 5-09950/YUC | 188.96 |
| 16881577 | 28-JUL-15 | Invoice | 24-DEC-15 | 240310-072801 | 241.55 |
| 16881579 | 28-JUL-15 | Invoice | 24-DEC-15 | RA34778631 | 112.82 |
| 16881583 | 28-JUL-15 | Invoice | 24-DEC-15 | 04599 | 1,218.77 |
| 16881584 | 28-JUL-15 | Invoice | 24-DEC-15 | 15780 | 6,635.63 |
| 16881599 | 28-JUL-15 | Invoice | 24-DEC-15 | 072857-Kenny | 23.68 |
| 16881870 | 29-JUL-15 | Invoice | 24-DEC-15 | 35766 | 3,533.21 |
| 16881871 | 29-JUL-15 | Invoice | 24-DEC-15 | 35157 | 109.01 |
| 16881872 | 29-JUL-15 | Invoice | 24-DEC-15 | 36007 | 40.81 |
| 16881873 | 29-JUL-15 | Invoice | 24-DEC-15 | 36042 | 27.66 |
| 16881874 | 29-JUL-15 | Invoice | 24-DEC-15 | 36337 | 145.29 |
| 16881875 | 29-JUL-15 | Invoice | 24-DEC-15 | 36417 | 201.04 |
| 16881876 | 29-JUL-15 | Invoice | 24-DEC-15 | 36555 | 118.44 |
| 16881877 | 29-JUL-15 | Invoice | 24-DEC-15 | 36608 | 159.11 |
| 16881878 | 29-JUL-15 | Invoice | 24-DEC-15 | 36634 | 279.62 |
| 16881879 | 29-JUL-15 | Invoice | 24-DEC-15 | 36733 | 125.73 |
| 16881880 | 29-JUL-15 | Invoice | 24-DEC-15 | 36778 | 128.85 |

CONTINUES ON NEXT PAGE

**Fill in this information to identify the case:**

Debtor 1    Metropolitan Automotive Warehouse, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California

Case number    6:16-bk-10096-WJ

Official Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Airtex Products, LP
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Airtex Products, LP (Attn: Lazaro Ramos)
   Name
   1900 W Field Court (1W-552)
   Number    Street
   Lake Forest        IL        60045
   City              State      ZIP Code

   Contact phone (847) 482-4352
   Contact email lazaro.ramos@framgrp.com

   Where should payments to the creditor be sent? (if different)
   Name _____
   Number    Street _____
   City    State    ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   _____

4. **Does this claim amend one already filed?**
   ☐ No
   ☑ Yes. Claim number on court claims registry (if known) 46-1    Filed on 03/14/2016
                                                                         MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                            Proof of Claim                            page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9 0 6 7

7. How much is the claim? $ 1,068,056.71. Does this amount include interest or other charges?
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Goods sold

9. Is all or part of the claim secured?
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.
   
   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:                              $_____
   Amount of the claim that is secured:            $_____
   Amount of the claim that is unsecured:          $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:   $_____

   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. **Amount necessary to cure any** default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check all that apply:*    **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/25/2016
                  MM / DD / YYYY

*/s/ R. Ramos*
Signature

Print the name of the person who is completing and signing this claim:

Name     Lazaro _____ Ramos
         First name   Middle name   Last name

Title    Director of Global Credit and Collections

Company  UCI-Fram Autobrands
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  1900 W Field Court (1W-552)
         Number    Street
         Lake Forest                    IL    60045
         City                           State ZIP Code

Contact phone  (847) 482-4352    Email  lazaro.ramos@framgrp.com

Official Form 410    Proof of Claim    page 3

## ATTACHMENT TO AMENDED PROOF OF CLAIM OF AIRTEX PRODUCTS, LP

On March 14, 2016, Airtex Products, LP ("Airtex") filed its original proof of claim ("Original Airtex Claim") against Metropolitan Automotive Warehouse, Inc. ("Debtor") in the amount of $1,418,056.71. The Original Airtex Claim has been designated as Claim No. 46-1 in the Court's claims registry for the Debtor's bankruptcy case.

Since the filing of the Original Airtex Claim, Airtex received a payment of $350,000 from a non-debtor guarantor of the Debtor's obligations to Airtex. On the basis of that payment, Airtex hereby submits this amended proof of claim in the reduced amount of $1,068,056.71 in order to reflect that $350,000 non-debtor payment. The supporting documents attached to the Original Proof of Claim are otherwise incorporated herein by reference.

Airtex reserves the right to amend, supplement or otherwise modify this amended proof of claim in all respects. Moreover, the execution and filing of this amended proof of claim is not and shall not be deemed: (i) a waiver of any rights or remedies available to Airtex; (ii) a waiver or release of Airtex's rights against any other entity or person liable for all or any part of its claims against the Debtor; or (iii) an election of remedies that waives or otherwise affects any other remedy.

{11561-001 MSC A0440103.DOC}

Fill in this information to identify the case

Debtor 1  Metropolitan Automotive Warehouse, Inc.

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California

Case number  6:16-bk-10096 WJ, Jointly Administered with Case No. 6:16-bk-10105WJ



FILED
MAR 1 4 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |

**1. Who is the current creditor?**
Airtex Products, LP
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Airtex Products, LP
Name

407 W Main Street
Number  Street

Fairfield    IL    62837
City    State    ZIP Code

Contact phone  618-847-8439

Contact email  janie.stephens@airtexproducts.com

Where should payments to the creditor be sent? (if different)

Name _____

Number  Street _____

City    State    ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ___/___/_____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9 0 6 7

7. How much is the claim? $1,418,056.71. Does this amount include interest or other charges?
   ☒ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Goods sold

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.
   
   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____
   
   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   Value of property: $_____
   Amount of the claim that is secured: $_____
   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   Amount necessary to cure any default as of the date of the petition: $_____
   
   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. Check all that apply: | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03/10/2016
                   MM / DD / YYYY

*Janie Stephens, Credit Manager*
Signature

Print the name of the person who is completing and signing this claim:

| Name | Janie | | Stephens |
|---|---|---|---|
| | First name | Middle name | Last name |

Title   Credit Manager

Company   Airtex Products, LP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   407 W Main Street
          Number    Street

          Fairfield                                    IL        62837
          City                                         State     ZIP Code

Contact phone   618-847-8439        Email   janie.stephens@airtexproducts.com

Official Form 410                        Proof of Claim                        page 3